## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SAVANNAH COLLEGE OF ART AND DESIGN, INC.,** | : | Case No. C-1-02-490 |
| | : | (Judge Beckwith) |
| **Plaintiff,** | | (Magistrate Hogan) |
| | : | |
| - vs - | | **JOINT MOTION TO MODIFY** |
| | : | **CALENDAR ORDER** |
| **PHILIPPE HOUEIX,** | | |
| | : | |
| **Defendant.** | | |
| | : | |

      Plaintiff Savannah College of Art and Design, Inc. and Defendant Philippe Houeix jointly move the Court to modify the April 29, 2003 Calendar Order (Doc. 23) by extending the discovery deadline by 90 days and modifying the other dates accordingly.

      Respectfully submitted,

| | |
|---|---|
| | /s/ Stephen J. Butler |
| OF COUNSEL: | Stephen J. Butler (0010401) |
| | Theodore D. Lienesch., Esq. (0016542) |
| David J. Stewart | THOMPSON HINE LLP |
| Alston & Bird, LLP | 312 Walnut Street, Suite 1400 |
| 1201 West Peachtree Street | Cincinnati, Ohio 45202 |
| Atlanta, Georgia 30309-3424 | (513) 352-6700 |
| (404) 881-7000 | Trial Attorneys for Plaintiff |
| | Savannah College of Art and Design, Inc. |
| | |
| | /s/ John A. Rebel |
| | John A. Rebel (0031771) |
| | McKINNEY & NAMEI CO., L.P.A. |
| | 15 East Eighth Street |
| | Cincinnati, Ohio 45202 |
| | (513) 721-0200 |
| | Trial Attorney for Defendant |
| | Phillipe Houeix |

**MEMORANDUM IN SUPPORT**

On April 29, 2003, the Court entered its Calendar Order setting, among others, the following dates:[1]

| | |
|---|---|
| Parties to exchange witness list and summary | October 15, 2003 |
| Discovery deadline | November 14, 2003 |
| Dispositive motions deadline | December 31, 2002 |
| Final pretrial conference | April 30, 2004 at 9:30 a.m. |
| Trial | June 28, 2004 at 9:30 a.m. |

On the same day, Defendant filed its amended answer and counterclaim. On June 13, 2003, Plaintiff filed a motion to dismiss that counterclaim. Rather than devote time and attention to issues that would not be part of the case, the parties deferred discovery pending the Court's ruling on the motion to dismiss. On September 24, 2003, this Court issued its order on the motion to dismiss, granting it in part and denying it in part.

The parties are in agreement that they need additional time to conduct discovery on the issues that remain in the case, and therefore request that the discovery deadline be extended from November 14, 2003 to February 13, 2003, and that the other dates on the Calendar Order be adjusted accordingly.

Respectfully submitted,

/s/ Stephen J. Butler

| | |
|---|---|
| OF COUNSEL: | Stephen J. Butler (0010401) |
| | Theodore D. Lienesch., Esq. (0016542) |
| David J. Stewart | THOMPSON HINE LLP |
| Alston & Bird, LLP | 312 Walnut Street, Suite 1400 |
| 1201 West Peachtree Street | Cincinnati, Ohio 45202 |
| Atlanta, Georgia 30309-3424 | (513) 352-6700 |
| (404) 881-7000 | Trial Attorneys for Plaintiff |
| | Savannah College of Art and Design, Inc. |

---

[1] On April 24, 2003, Judge Beckwith entered an Order (Doc. 20) assigning the case to Magistrate Judge Hogan for disposition, pursuant to consent of the parties.

- 2 -

/s/ John A. Rebel
John A. Rebel (0031771)
McKINNEY & NAMEI CO., L.P.A.
15 East Eighth Street
Cincinnati, Ohio 45202
(513) 721-0200
Trial Attorney for Defendant
Phillipe Houeix

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen J. Butler
Stephen J. Butler

#454502 v1

- 2 -