## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

SAVANNAH COLLEGE OF
ART AND DESIGN, INC.,
    Plaintiff                        Case No. C-1-02-490

vs

                                 **ORDER**
PHILIPPE HOUEIX,             (Hogan, M.J.)
    Defendant

      This matter is before the Court on the joint motion of the parties to modify the April 29, 2003 Calendar Order. (Doc. 31). The motion is **GRANTED**. This matter shall proceed as follows:

1. Discovery deadline: February 13, 2004

6. Dispositive motion deadline: March 31, 2004.

7. Final pretrial conference: August 27, 2004 at 9:30 a.m.

8. Trial: September 27, 2004 at 9:30 a.m.

    **IT IS SO ORDERED**.


Date:   10/30/2003                      s/Timothy S. Hogan
                                                         Timothy S. Hogan
                                                          United States Magistrate Judge