### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **SAVANNAH COLLEGE OF ART AND DESIGN, INC.,** | : | **Case No. C-1-02-490** |
| | : | **(Judge Beckwith)** |
| **Plaintiff,** | : | **(Magistrate Hogan)** |
| | : | |
| - vs - | : | **PLAINTIFF'S MOTION FOR ADMISSION OF OUT-OF-STATE COUNSEL PRO HAC VICE** |
| **PHILIPPE HOUEIX,** | : | |
| | : | |
| **Defendant.** | : | |

Pursuant to Local Rule 4.3(d), Plaintiff Savannah College of Art and Design, Inc.

("SCAD") respectfully moves the Court for an order allowing David J. Stewart and J. Patrick

Elsevier to appear and participate as co-counsel for SCAD in this action. The grounds for the

motion are set forth in the following memorandum in support.

Respectfully submitted,

Stephen J. Butler (0010401)
Theodore D. Lienesch., Esq. (0016542)
THOMPSON HINE LLP
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202
(513) 352-6700

Trial Attorneys for Plaintiff
Savannah College of Art and Design, Inc.

OF COUNSEL:

Adele E. O'Conner
PORTER, WRIGHT, MORRIS & ARTHUR LLP
250 East Fifth Street
Suite 2200
Cincinnati, Ohio 45202
(513) 381-4700

David J. Stewart
J. Patrick Elsevier
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

## MEMORANDUM IN SUPPORT

Plaintiff Savannah College of Art and Design wishes to have David J. Stewart and J. Patrick Elsevier participate as co-counsel in its defense of this action.

Mr. Stewart is a partner in the Atlanta, Georgia office of Alston & Bird LLP. He is a member in good standing of the bar of the State of Georgia. He has never been suspended, disbarred or otherwise disciplined by any court. In accordance with S.D. Ohio Local Rule 4.3(d), a current Certificate of Good Standing from the Supreme Court of Georgia for Mr. Stewart is attached.

Mr. Elsevier is an associate in the Atlanta, Georgia office of Alston & Bird LLP. He is a member in good standing of the bar of the State of Georgia. He has never been suspended, disbarred or otherwise disciplined by any court. In accordance with S.D. Ohio Local Rule 4.3(d), a current Certificate of Good Standing from the Supreme Court of Georgia for Mr. Elsevier is attached.

WHEREFORE, Plaintiff Savannah College of Art and Design respectfully requests that David J. Stewart and J. Patrick Elsevier be admitted to the bar of this Court for the purposes of appearing and participating in this action.

Respectfully submitted,

Stephen J. Butler (0010401)
Theodore D. Lienesch., Esq. (0016542)
THOMPSON HINE LLP
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202
(513) 352-6700

Trial Attorneys for Plaintiff
Savannah College of Art and Design, Inc.

OF COUNSEL:

Adele E. O'Conner
PORTER, WRIGHT, MORRIS & ARTHUR LLP
250 East Fifth Street
Suite 2200
Cincinnati, Ohio 45202
(513) 381-4700

David J. Stewart
John Patrick Elsevier
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon John A. Rebel, McKinney & Namei, 15 East Eighth Street, Cincinnati, Ohio 45202, by ordinary U.S. mail, postage prepaid, this _16th_ day of January, 2004.

#466603 v1

- 2 -