Fri Jan 16 14:17:29 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 421612
Cashier          ah1

Tender Type  CHECK

Check Number: 55441

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No    Acct
4661          1       6855XX

                          $    100.00
Amount

THOMPSON HINE

2 PRO HAC/sTEWART& ELSEVIER/02-490


Fri Jan 16 14:17:29 2004

Check No. 55441
Amount$    100.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661