# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Savannah College of Art
and Design, Inc.,                               Case No. 1:02-cv-490
     Plaintiff

vs

Philippe Houeix,                                 **ORDER**
     Defendant                                (Hogan, M.J.)

This matter is before the Court on plaintiff's motion for admission of attorneys David J. Stewart and J. Patrick Elsevier. (Doc. 34).

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED** and attorneys David J. Stewart and J. Patrick Elsevier are hereby admitted to practice pro hac vice as co-counsel on behalf of plaintiff.

Date:   1/23/2004                                      s/Timothy S. Hogan
                                                            Timothy S. Hogan
                                                            United States Magistrate Judge

J:\KLL\hogan cases\02-490pro hac vice.wpd