IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., | : : | Civil Action No. C-1-02 490 |
| | : | Judge Beckwith |
| Plaintiff, | : : | |
| | : | Magistrate Judge Hogan |
| v. | : : | |
| PHILIPPE HOUEIX, | : | |
| | : | NOTICE OF ENTRY OF |
| Defendant. | : | APPEARANCE |

Please take notice that David T. Croall and Rachel E. Burke, Porter, Wright, Morris & Arthur LLP, 250 East Fifth Street, Suite 2200, Cincinnati, Ohio 45202, hereby enter their appearance as co-counsel for plaintiff, Savannah College of Art and Design, Inc., in the above entitled action.

Respectfully submitted,

David T. Croall (0009149)
Porter, Wright, Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5117
Phone: (513) 381-4700
Fax: (513) 421-0991

Rachel E. Burke (0066863)
Porter, Wright, Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202-5117
Phone: (513) 381-4700
Fax: (513) 421-0991

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing Notice of Entry of Appearance was served by regular U.S. mail, postage prepaid, this 30th day of January, 2004 upon the following:

John A. Rebel
McKinney & Namei
15 East 8th Street
Cincinnati, OH 45202

Stephen J. Butler
Theodore D. Lienesch
Thompson Hine LLP
312 Walnut Street
Cincinnati, OH 45202-4089

David J. Stewart
Patrick Elsevier
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Adele E. O'Conner
Porter Wright Morris & Arthur LLP
Huntington Center
41 South High Street
Columbus, OH 43215-6194

[signature]