```
                                                           1


 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                   WESTERN DIVISION

 4

    _____
 5                                      )
    SAVANNAH COLLEGE OF ART &           )
 6  DESIGN, INC.,                       )
                                        )
 7           Plaintiff,                 )
                                        )   CASE NO.
 8              vs.                     )   C-1-02-490
                                        )
 9  PHILLIPPE HOUEIX,                   )
                                        )
10           Defendant.                 )
                                        )
11  _____)

12

13

14      Deposition of:  PHILLIPPE HOUEIX

15      Pursuant to:    Notice

16      Date and Time:  Thursday, January 29, 2004
                        9:30 a.m.
17
        Place:          Porter, Wright, Morris & Arthur,
18                       LLC
                        Suite 2200
19                      250 East 5th Street
                        Cincinnati, Ohio  45202
20
        Reporter:       Linda Mallory, RMR, CRR
21                      Notary Public - State of Ohio

22      Videographer:   Bruce Sandy, CLVS

23

24

25



             Elite Reporting Agency
                513-632-5344
```

71

1  that is very typical of this college.
2      Q.   Your relationship with SCAD at that point was
3  much worse than it had been a year before?
4      A.   Not worse.  I don't think it was worse.  I
5  think, what it was, it just -- I had absolutely no --
6  it was just a low profile for me.  I was just trying to
7  keep my status visa in order because I was the only one
8  to have a status visa and I was completely trapped in
9  this college.  I couldn't do anything else.
10     Q.   You told SCAD by that point that the first
11 opportunity you had to leave, you would leave?
12     A.   Yes.  Because when I sign my contract,
13 there's new clauses that were added to the contract
14 that said, if you leave before, you have to repay
15 $5,000.  And when I saw this article in the new
16 contract that I was to sign, I asked the human
17 resources if she could remove that because she knew
18 that I would not stay very long in their college.
19          And so I explain to her that maybe I won't be
20 able to carry on this contract up to the end and asked
21 her if it was possible to remove this clauses.
22     Q.   And she said no, we can't remove it but,
23 since you've given us enough notice, if you don't teach
24 winter quarter, we will not hold the $5,000 clause --
25     A.   Yes.

```
 1   architectural program, which is accredited.
 2      Q.   Was that accredited when you were there?
 3      A.   I think they just succeeded when I arrive in
 4   '99 to be accredited.
 5      Q.   After Crystal Weaver became dean, which I
 6   think would have covered the 2000-2001 school year,
 7   right?
 8      A.   Yes, I think she was -- in September 2000, I
 9   think, something like that, yes.
10      Q.   How often during that school year did you
11   meet with her?
12      A.   Maybe three, four times.
13      Q.   Three, four times total?
14      A.   Yes.
15      Q.   About what sorts of things?
16      A.   I met one time when my wife was terminated.
17   And I ask her what will happen to me and she said that
18   she didn't know.  Otherwise, I used to meet her with
19   the faculty meeting we had.
20           And that's all because, after November 2000,
21   I just did not exist.  Just do my classes and very low
22   profile because I was very scared of what could happen
23   to me.  I was extremely scared.
24      Q.   You felt like your wife's termination was
25   unwarranted?
```

```
 1      A.   Yes.  And it was, because she won her
 2   lawsuit.
 3      Q.   And you were afraid that you were going to
 4   get terminated, too?
 5      A.   Exactly.
 6      Q.   Did anybody ever tell you that you were in
 7   jeopardy or threat of being terminated?
 8      A.   I think I was feeling this threat because, in
 9   the department in interior design, two other professor
10   had been fired the year after, before me, the year when
11   I was -- when I was there the first year, between '99
12   and 2000, two faculty member were fired.
13      Q.   At the end of the '99-2000 school year?
14      A.   No, during the year.
15      Q.   During the school year?
16      A.   And with no real reason.
17      Q.   Who was that?
18      A.   Peter Dunn was fired in the complete middle
19   of the quarter.
20      Q.   Peter Dunn?
21      A.   Dunn.
22      Q.   D-u-n-n?
23      A.   D-u-n-n.
24      Q.   And you don't know anything about the reason
25   for that?
```

```
 1      A.   No.  What I know, he told me that he signed a
 2   release form and it was conversation by the person and
 3   he told me that the person told that he has two choice,
 4   he sign the release form and he can get some money or
 5   anyway will be fired with no compensation.  So he
 6   decided to sign and leave.
 7      Q.   Did he say who that conversation was with?
 8      A.   I think it was with the human resources, but
 9   I don't know exactly who, which member were there.
10      Q.   Okay.
11      A.   It's always the same type of team, I think.
12      Q.   Who is the other faculty member who was
13   terminated?
14      A.   Peter Sillis.
15      Q.   What was the last name?
16      A.   S-i-l-l-i-s.
17      Q.   Do you know anything about Professor Sillis'
18   termination?
19      A.   He was terminated between two quarter, during
20   the week that was between, I think, the winter quarter
21   and the spring quarter.  I knew that he was waiting for
22   his green card.  I don't know why he was terminated.
23   The only thing I know is the fact that they were there
24   for a long time and I think SCAD wanted to get rid of
25   them and so they get rid of them.
```

```
 1      Q.   Did you look at other cities as possible
 2   places to move?
 3      A.   I think the interest of -- the way -- I think
 4   as everything was in jeopardy in Savannah, you know,
 5   because I think all our life was completely in jeopardy
 6   so we have completely to rethink our future.  And I
 7   think what is more important for us is the interest to
 8   the work.  So the most interesting place would be where
 9   we would be living.  That decision has been made only
10   on the interest of the position.
11      Q.   In the fall of 2000, after SCAD had told you
12   you needed to enroll in the master's program and had
13   said you could enroll in two classes per quarter if you
14   signed the repayment agreement, you enrolled in a
15   couple of classes, right?
16      A.   Yes, I had to enroll in the classes.
17      Q.   And do you recall what those classes were at
18   the start of the fall of 2000?
19      A.   I think it was a lecture, which is kind of
20   history of interior design.  And the other classes is
21   studio, I don't recall the number exactly.
22      Q.   Interior Design Seminar and Interior Design
23   Studio One?
24      A.   Uh-huh.
25      Q.   You signed up for those two classes?
```

89

```
 1        A.   Yes.
 2        Q.   Did you work with the text The Interior
 3   Dimension by Malnar and Vonvarka?
 4        A.   No.
 5        Q.   Have you ever heard of that book?
 6        A.   No.
 7        Q.   Have you ever read anything out of that
 8   book?
 9        A.   No.
10        Q.   Did you submit any work in connection with
11   the interior design studio or interior design seminar
12   class to Dean Weaver?
13        A.   No.
14        Q.   Did you do anything in connection with the
15   interior design seminar class?
16        A.   I did nothing.
17        Q.   Didn't write a single sentence?
18        A.   (Shaking head.)
19        Q.   No?
20        A.   No.
21        Q.   Did you ever attend any class or any meeting
22   with Dean Weaver about that interior design seminar?
23        A.   No.
24        Q.   During the 2000-2001 school year, did you
25   work on a Palmer Johnson yacht design competition?
```

98

1   supported by poles, you know, around.  And they wanted
2   to re-design the poles of this swimming pools.
3       Q.   Re-design the poles?
4       A.   Yes.  You know, re-design the look and the
5   aspect and try to find some new, more attractive aspect
6   of this fabrication.  So I just work on that and bring
7   a project to them.  So they were pleased with the
8   project after -- just a question of how much money they
9   could spend on the project, so it didn't go up to the
10  end.  But the project was done and I think they were
11  pleased with the project.
12          I think this is why, after I was connected
13  with France -- because people in France also were
14  interested by this project and so they make me work on
15  other type of project for them.
16      Q.   And ultimately, that led to the relationship
17  you've got now with Zodiac?
18      A.   Yeah.
19      Q.   Let me go back for a minute to the fall
20  quarter of 2000, where you were enrolled in the
21  interior design seminar as a graduate student as part
22  of your master's program, your enrolled in interior
23  design studio one, but your testimony is you didn't do
24  any work in connection with either one of those
25  classes?

```
 1        A.    Yeah.
 2        Q.    Is that correct?
 3        A.    Yeah.
 4        Q.    And you never met with Dean Weaver about
 5   those classes?
 6        A.    Yes, I met with her.
 7        Q.    You met with her?
 8        A.    Yes.  I asked her many time what should I do.
 9   Because I raise the question because one of the classes
10   was at the same time that my teaching schedule.  So
11   physically, I couldn't --
12        Q.    You couldn't teach one class and attend
13   another?
14        A.    Attend the other one.
15        Q.    So you asked Dean Weaver what do I do?
16        A.    What do I do.
17        Q.    What did she say?
18        A.    During the two weeks, I didn't have any
19   answer.  And then she -- I try to -- myself, again, as
20   I think I try to be an entrepreneurial person, so I try
21   to organize my work because I didn't want to waste
22   time, I just wanted to make sure that everything was on
23   track.
24              So I imagine a project for myself to be able
25   to do because the idea is to be able to build a project
```

100

1   up to a thesis.
2        Q.   Up to?
3        A.   A thesis.  In a master degree you have to --
4        Q.   A thesis.  I'm sorry, I wasn't understanding
5   the word.
6        A.   So what I was thinking is try to imagine to
7   build a body of work that could be sliced, you know, in
8   different aspect that could fit each classes, you know,
9   so I could bring works on a body of work what is
10  consistent.  So I try to think about a project that I
11  can do during that year that could satisfy all the
12  requirement of each classes.
13             So I met with Dean Crystal Weaver, that was
14  before to start the classes and say that I was
15  interested maybe to work on one of the building that
16  SCAD own that they don't use because, for the moment,
17  they don't have maybe the financing to redo it or
18  whatever, which is still there, but nothing.
19             And so I did ask Crystal Weaver if I could do
20  this kind of project.  And for that, I needed a floor
21  plan, I needed maybe to define all that together to
22  make sure that -- but all that preparation work that I
23  did, I never had any answer from the chair of the
24  department, the dean, Crystal Weaver.
25             Because they were not responding to my demand

101

```
 1   because -- even I sent, I think, two weeks after the
 2   class begin, I was very nervous because I was not
 3   attending class, I didn't start any project and so I
 4   wanted really to know what was going on.
 5           And so I asked Crystal Weaver really what
 6   should I do.  And at the end, she let me understand
 7   that just don't sweat on anything, just focus on your
 8   teaching and that's all.  So I didn't do -- I didn't go
 9   anything further, you know.
10       Q.   Did the college get you a copy of the
11   floorplan and architectural drawings for that
12   building?
13       A.   No.
14       Q.   Your testimony is that Dean Weaver told you
15   concentrate on teaching?
16       A.   She told me word by word, don't sweat on it
17   and focus on teaching.  That's it.
18       Q.   After the fall quarter ended, did you get a
19   grade report from SCAD?
20       A.   Yeah, and that was my most surprise because
21   it's true that, at the end of the quarter, just try to
22   imagine my family life at that time.  So I was -- I was
23   obliged to register in the master degree.  My wife just
24   got terminated.
25       Q.   She got terminated in late November of 2000,
```

102

 1   correct?
 2       A.   Yes.
 3       Q.   The quarter ended probably December 10th or
 4   something?
 5       A.   No, because they fired her the last day of
 6   class.  So it's much better for them to fire people
 7   because they've got a break to smooth the process.
 8            So it's true that I was -- all our life was
 9   just completely in jeopardize.  She was not paid her
10   last pay.  Also, I think, two paycheck was not paid.
11   We had only one wages.  She lost, automatically, her
12   visa status.
13            So it's true that, starting at that point,
14   you know, I think we try really hard to imagine what we
15   could do to move on, you know.  And that was my main
16   focus.
17            And it's true that when I receive my grade, I
18   just laugh.  It started to be even more crazy, you
19   know, to receive grades for class that you don't take,
20   that you don't do any work on it and you've got
21   grades.
22       Q.   What grades did you receive on your grade
23   report?
24       A.   Two A, I think.
25       Q.   Did you go to Dean Weaver and question her

```
 1   about that?
 2       A.   No.  I went to Dean Weaver to know what was
 3   the next step for me, if I would be fired or not.
 4       Q.   She told you no, right?
 5       A.   Right.
 6       Q.   She said what happened to Natalie has nothing
 7   to do with you?
 8       A.   Exactly.
 9       Q.   Did you ask her about the grades?
10       A.   No.
11       Q.   Did you ask her about --
12       A.   I didn't ask any question.
13       Q.   Okay.
14       A.   Because it not worth it.
15       Q.   Did you ask anybody about what classes were
16   next or is the master's program pretty well set out
17   that you do design studio one and then interior design
18   studio two is next?
19       A.   As I told you, as I was obliged to register
20   in the master's degree, I had defined during the
21   meeting that we had with vice-president of academic
22   affair, Crystal Weaver, we have decided all the
23   different class that I should register.
24       Q.   You set out the whole program at that
25   meeting?
```

104

```
 1        A.    At that meeting.  So I knew that I should
 2   register in that class, that class.  So --
 3        Q.    There was no need to discuss it any
 4   further?
 5        A.    Anything.  That was part of my contract, to
 6   register the class.  So I had to register the class.
 7        Q.    And it's your testimony today that, for
 8   electronic design one, you didn't attend any classes?
 9        A.    Yes.
10        Q.    You didn't turn in any projects?
11        A.    Yes.
12        Q.    You didn't do any work that you understood to
13   be as a graduate student in that class?
14        A.    I didn't do any work.
15        Q.    Is the same true for interior design studio
16   two?
17        A.    Exactly the same.  And for all the classes.
18        Q.    Okay.  In the spring quarter of 2001, you
19   were enrolled in interior design studio three, which is
20   the master's thesis, and the class called professional
21   practice.  Did you turn in any work in connection with
22   any of -- either of those classes?
23        A.    Nothing.
24        Q.    In connection with your Muskin work --
25        A.    Yes.
```

133

1    Q.   Natalie did appeal?

2    A.   Yes, we did appeal the decision.  So we went
3  back all the process.  We wrote everything to be in
4  track with the application, so we thought that it would
5  be -- normally things should come back to the normal.
6  And then we just discover how everything was fake, you
7  know.  Because the whole process was just to make you
8  lose some more time.

9        But it was already the same person that would
10  review your things.  So, you know, it's only a handful
11  of people that administrate the school and they just do
12  whatever they want, just regardless of even the paper
13  they make you sign.

14    Q.   So Natalie didn't get anywhere with her
15  appeal of her termination?

16    A.   No.  She had exactly the same committee in
17  her appeal that she had -- that the people that were
18  firing -- terminating her with no reason.

19    Q.   Okay.  So because of her experience with
20  that, you didn't ever make any appeal on your grades?

21    A.   No, because I think it was useless to do
22  that.  I think this institution has not the character
23  and integrity and honesty that should be in this kind
24  of schools.

25    Q.   So you never complained to Dean Weaver

158

1    A.  Yeah.  So --

2    Q.  And in your mind, that meant as soon as you

3 had employment permission for Natalie that would allow

4 you to quit and be under H-4 status under her?

5    A.  That was one of my main concerns, yes.  And

6 also the fact that I was, once again, doing things that

7 I was -- which was completely illegal.  So it's true

8 that I couldn't stand anymore to be like that.

9    Q.  Your reference to doing something illegal is,

10 again, a reference to the master's program?

11   A.  Yes.

12   Q.  Other than the master's program classes and

13 grades, you didn't have any other activity at SCAD that

14 you felt was illegal that you were asked to participate

15 in, did you?

16   A.  No.

17       (Plaintiff's Exhibit Number 20 was marked for

18       identification.)

19   Q.  Mr. Houeix, let me ask you to look at Exhibit

20 20, please.  That's a letter from a Kirby Mason to you,

21 correct?

22   A.  Correct.

23   Q.  Dated October 8th.  So three or four weeks

24 after you resigned from SCAD, correct --

25   A.  Yes.