I provided specifics with regard to my involvement in the master's program and the fraudulen[t] grading scheme.

17. On August 25, 2001 the domain name of: *phoueix-master-scad.com,* was use by m[e] to publish the true facts concerning the College's false grading scheme.

18. Currently as well as during 2001, I work as a Design Consultant. I had no incom[e] for September 2001. My net income for October 2001 was $ 1,750. My net income for Novembe[r] 2001 was $ 580. My net income for December 2001 was $2,080. My net income for January 200[2] was $ 850. I had no income for February, March, April and May 2002. My net income for Jun[e] 2002 was $ 790. For these months my expected income from the College under the Employmen[t] Agreement was $ 39,000 or $ 4,333. per month. My total lost wages are $ 32,948.00 from th[e] Colleges's breach of the April 18, 2001 Employment Agreement. My loss in earnings was cause[d] directly by the Plaintiff's breaches of contract.

19. On March 19, 2002, I received a one-year work authorization from the U.S[.] Immigration agency. On August 26, 2002, I received my permanent resident immigration-status tha[t] allowed unlimited work.

20. On September 14, 2001, the College withdrew from my checking account $1215. 4[9] which was the final pay check for the summer quarter 2001. This is my loss from the Colleges['] breach of the August 16, 2000 Employment Agreement.

/s/ Philippe Houeix
Philippe Houeix

The foregoing affidavit was sworn to and signed before me by Philippe Houeix, who i[s] personally known to me, the undersigned notary, on this 21th day of April 2004.

/s/ John A. Rebel
Notary

JOHN A. REBEL, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration
date, Section 147.03 O.R.C.

5