| GRADE | POINT VALUE | MEANING |
|---|---|---|
| A | 4 | EXCELLENT |
| B | 3 | GOOD |
| C | 2 | AVERAGE |
| D | 1 | POOR |
| F | 0 | FAILURE |
| I |  | INCOMPLETE |
| W |  | WITHDRAWAL |
| N |  | AUDIT |

Only grades A, B, C, D, and F are considered in average calculations. Graduate students receive no credit and have no point value for D grades. Transferred courses are included only in hours earned. The average is computed by dividing hours carried into quality points. Quality points are calculated by multiplying hours earned for each course by the point value of the grade earned.



THE SAVANNAH COLLEGE OF ART AND DESIGN
P.O. Box 3146
Savannah, GA 31402-3146

# GRADE REPORT

**STUDENT NAME:** Philippe Houeix

**STUDENT ID#:** 000600141

| COURSE NAME | COURSE NUMBER | P/T | CAMPUS | COURSE TITLE | GRADE | CREDIT HOURS | EARNED HOURS | GPA HOURS | GRADE POINTS | GPA |
|---|---|---|---|---|---|---|---|---|---|---|
| ARCH | 225 | 1 | M | Electronic Design I | NG | 5.00 | 0.00 | 0.00 | 0.00 | |
| INDS | 714 | 1 | M | Intr Dsgn Std II | A | 5.00 | 5.00 | 5.00 | 20.00 | |
| | | | | Term: 200120 | | | | | | |
| | | | | CURRENT QTR. TOTAL | | 5.00 | 5.00 | | 20.00 | 4.00 |

| MAJOR | ACADEMIC STANDING |
|---|---|
| Interior Design | Satisfactory |

| | | | | |
|---|---|---|---|---|
| SCAD TOTAL | 15.00 | 15.00 | 60.00 | 4.00 |
| TRANSFER | | | | |