**Savannah College of Art and Design**

# Grade Change Form

Fall ____   Winter ✓ 2001   Spring ____   Summer ____

STEPS FOR GRADE CHANGE
1. Professor completes form and returns it to the registrar's office.
2. Student is notified of grade change in writing by the registrar's office.

Student's Name: PHILIPPE HOUEIX   ID Number: 000600141

Course Code: 27691   Section Number: 01   Course Title: ELECTRONIC DESIGN I · ARCH 229   Original Grade: (blank)   Corrected Grade: A

Reason(s) for changing: INSTRUCTOR ERROR

REGISTRAR'S USE ONLY

Date Received: ____   Date Entered: 4/2   Initials: ____

Signature: ____   Date: 24 MARCH 2001

Distribution: white - registrar   yellow - student   pink - professor

---



**Savannah College of Art and Design**

# Grade Change Form

Fall 2000   Winter ____   Spring ____   Summer ____

STEPS FOR GRADE CHANGE
1. Professor completes form and returns it to the registrar's office.
2. Student is notified of grade change in writing by the registrar's office.

Student's Name: PHILIPPE HOUEIX   ID Number: 000600141

Course Code: INDE 702   Section Number: ____   Course Title: INTERIOR DESIGN SEMINAR   Original Grade: I   Corrected Grade: A

Reason(s) for changing: WORK COMPLETED

REGISTRAR'S USE ONLY

Date Received: Davies   Date Entered: March 3/13/01   Initials: ____

Signature: D. Thissen   Date: 3/15/01   3/15/01

Distribution: white - registrar   yellow - student   pink - professor