**Subject:** Re: grade change for Philippe Houeix #600141
**Date:** Thu, 15 Mar 2001 18:45:31 -0500
**From:** "Tracy D Crow" <tcrow@scad.edu>
**To:** "Donna Thissen" <dthissen@scad.edu>

Oops, I forgot the correct information is a grade of "A". Thank you!

Tray Crow
Acting Chair
Interior Design Department
Savannah College of Art and Design
525.6900/fax 525.6904

----- Original Message -----
From: "Donna Thissen" <dthissen@scad.edu>
Date: Thursday, March 15, 2001 5:17 pm
Subject: grade change for Philippe Houeix #600141

> Dear Professor Crow,
>
> You submitted a grade change form for Philippe changing his grade from
> an incomplete to an A. However, he already had a B in this class
> whichwas INDS712 - Interior Design Studio I for Fall 2000. I
> changed the
> grade to an A anyway, but will need you to e-mail me with the correct
> information please.
>
> Thanks,
> --
>
> Donna Thissen
> Records Coordinator
> Office of the Registrar
> Savannah College of Art & Design
> PO Box 3146
> 15 Drayton Street
> Savannah  GA  31402
> (912)525-6174
> dthissen@scad.edu
>
>
>

| | Name: tcrow.vcf |
|---|---|
| tcrow.vcf | Type: VCard (text/x-vcard) |
| | Encoding: 7bit |
| | Description: Card for |

CONFIDENTIA

SCAD00169