**Subject:** Re: grade change for Philippe Houeix #600141
**Date:** Thu, 15 Mar 2001 18:44:49 -0500
**From:** "Tracy D Crow" <tcrow@scad.edu>
**To:** "Donna Thissen" <dthissen@scad.edu>

Donna,

Sorry about that. He should have received an incomplete. Do I need to submit a grade change form?

Tray Crow
Acting Chair
Interior Design Department
Savannah College of Art and Design
525.6900/fax 525.6904

----- Original Message -----
From: "Donna Thissen" <dthissen@scad.edu>
Date: Thursday, March 15, 2001 5:17 pm
Subject: grade change for Philippe Houeix #600141

> Dear Professor Crow,
>
> You submitted a grade change form for Philippe changing his grade from
> an incomplete to an A. However, he already had a B in this class
> whichwas INDS712 - Interior Design Studio I for Fall 2000. I
> changed the
> grade to an A anyway, but will need you to e-mail me with the correct
> information please.
>
> Thanks,
> --
>
> Donna Thissen
> Records Coordinator
> Office of the Registrar
> Savannah College of Art & Design
> PO Box 3146
> 15 Drayton Street
> Savannah  GA   31402
> (912)525-6174
> dthissen@scad.edu
>
>
>

| tcrow.vcf | **Name:** tcrow.vcf<br>**Type:** VCard (text/x-vcard)<br>**Encoding:** 7bit<br>**Description:** Card for |
|---|---|

**CONFIDENTIAL**

**SCAD00168**