

**Bursar's Office**
Student Accounts A-G  912.525.6115
Student Accounts L-Z  912.525.6114

Please make checks payable to: Savannah College of Art and Design
Post Office Box 2701 · Savannah, Georgia · 31402-2701 · 912.238.2400

STATEMENT DATE: 15-FEB-2001
STUDENT NAME: Philippe Houeix
ACCOUNT NUMBER: 000600141

| TERM | ITEM DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| | | * PREVIOUS BILLED BALANCE * | .00 | |
| INVOICE 200130 | NUMBER - 09-FEB-01 | - CURRENT CHARGES - S0049635 Tuition- Graduate | 3,700.00 | |
| | 14-FEB-01 | - CURRENT PAYMENTS - Employee Scholarship Faculty | | 3,700.00 |
| | | * CURRENT BILLED BALANCE * | .00 | |

Note: SPRING BALANCE DUE 03-01-01. BALANCES preceded by (-) indicate CREDIT. Changes in registration may affect TUITION CHARGES and AUTHORIZED AID. If you want to CANCEL STUDENT or PLUS LOANS, contact FINANCIAL AID Counselor. AUTHORIZED AID NOT DEDUCTED FROM BALANCE. Refunds available 04-06-01.

PAGE 1

Past Due: .00
Total Due: .00

DETACH HERE AND RETURN WITH PAYMENT

| STUDENT NAME | BILLING DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| Philippe Houeix | 15-FEB-2001 | 000600141 | .00 |

CREDIT CARD PAYMENT

IF YOU WISH TO MAKE PAYMENT WITH YOUR VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER CARD, PLEASE LIST COMPLETE CREDIT CARD NUMBER WITH EXPIRATION DATE.

CARD NUMBER        EXPIRATION DATE
CARDHOLDER NAME
AMOUNT             DAYTIME PHONE
CARDHOLDER SIGNATURE

REMIT PAYMENT TO SCAD USING LABEL PROVIDED

Bursar's Office
SAVANNAH COLLEGE OF ART AND DESIGN
P.O. BOX 2701
SAVANNAH, GA 31402-2701