## Savannah College of Art and Design Information System

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

**Student Schedule by Day and Time: Winter 2001**

Schedule for: Philippe Houeix
Jan 08, 2001 - Mar 18, 2001
Total Credit Hours: 10.00

Following is your schedule by day and time. Classes which are still not scheduled or that fall within a different date range than the normal term are listed at the bottom of the page.

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sun |
|---|---|---|---|---|---|---|---|
| 9AM | ARCH 225 EICHBE 202A 9:00 am-11:30 am | | ARCH 225 EICHBE 202A 9:00 am-11:30 am | | | | |
| 10AM | our drawing class | | our drawing class | | | | |
| 11AM | | | | | | | |
| 12PM | | | | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |
| 3PM | INDS 714 EICHBE 302 | | INDS 714 EICHBE 302 | | | | |

---

## Savannah College of Art and Design Information System

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

**Faculty Schedule by Day and Time : Winter 2001**

Schedule for: Philippe Houeix
Jan 08, 2001 - Mar 18, 2001

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sun |
|---|---|---|---|---|---|---|---|
| 9AM | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | | | |
| 10AM | | | | | | | |
| 11AM | | | | | | | |
| 12PM | | | | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |

Schedule between Jan 08, 2001 and Mar 18, 2001

## Savannah College of Art and Design Information System

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

**Student Schedule by Day and Time: Winter 2001**

Schedule for: Philippe Houeix
Jan 08, 2001 - Mar 18, 2001
Total Credit Hours: 10.00

Following is your schedule by day and time. Classes which are still not scheduled or that fall within a different date range than the normal term are listed at the bottom of the page.



| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sun |
|---|---|---|---|---|---|---|---|
| 9AM | ARCH 225 EICHBE 202A 9:00 am-11:30 am | | ARCH 225 EICHBE 202A 9:00 am-11:30 am | | | | |
| 10AM | our drawing class | | our drawing class | | | | |
| 11AM | | | | | | | |
| 12PM | | | | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |
| 3PM | INDS 714 EICHBE 302 | | INDS 714 EICHBE 302 | | | | |

---

## Savannah College of Art and Design Information System

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

**Faculty Schedule by Day and Time : Winter 2001**

Schedule for: Philippe Houeix
Jan 08, 2001 - Mar 18, 2001

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sun |
|---|---|---|---|---|---|---|---|
| 9AM | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | INDS 110 EICHBE 103 9:00 am-2:30 pm | | | |
| 10AM | | | | | | | |
| 11AM | | | | | | | |
| 12PM | | | | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |

Schedule between Jan 08, 2001 and Mar 18, 2001