

## Savannah College of Art and Design Information System

menu  help  exit

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

**Faculty Schedule by Day and Time : Spring 2001**

Schedule for: Philippe Houeix
Mar 26, 2001 - Jun 03, 2001

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 9AM | INDS 204<br>EICHBE 103<br>9:00 am-11:30 am | INDS 110<br>EICHBE 103<br>9:00 am-2:30 pm | INDS 204<br>EICHBE 103<br>9:00 am-11:30 am | INDS 110<br>EICHBE 103<br>9:00 am-2:30 pm | | | |
| 10AM | | | | | | | |
| 11AM | | | | | | | |
| 12PM | INDS 204<br>EICHBE 103<br>12:00 pm-2:30 pm | | INDS 204<br>EICHBE 103<br>12:00 pm-2:30 pm | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |

Schedule between Mar 26, 2001 and Jun 03, 2001

3/22/01 1:43 PM