

# Savannah College of Art and Design Information System

menu  help  exit

[ Personal Information | Student Services & Financial Aid | Faculty Services ]

## Student Schedule by Day and Time: Spring 2001

**Schedule for:** Philippe Houeix
Mar 26, 2001 - Jun 03, 2001
**Total Credit Hours:** 10.00

 Following is your schedule by day and time. Classes which are still not scheduled or that fall within a different date range than the normal term are listed at the bottom of the page.

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 9AM | | **INDS 725** **EICHBE 101** 9:00 am-11:30 am *overlapping class* | | **INDS 725** **EICHBE 101** 9:00 am-11:30 am *overlapping class* | | | |
| 10AM | | | | | | | |
| 11AM | | | | | | | |
| 12PM | | | | | | | |
| 1PM | | | | | | | |
| 2PM | | | | | | | |
| 3PM | | **INDS 717** **EICHBE 103** 3:00 pm-5:30 pm | | **INDS 717** **EICHBE 103** 3:00 pm-5:30 pm | | | |

3/22/01 2:02 PM