1  I call my story, what really happened to me. So what I
2  did, I just collect all the grade report, all the
3  information about my schedule as a faculty member, my
4  schedule as a student, how I couldn't do the two things
5  together, how I received the grades and et cetera, et
6  cetera. So I put all the proof that I could have on my
7  behalf to post on the Web site.
8      Q.   Did you at some time invite third-parties to
9  send you messages regarding their experiences at
10 SCAD?
11     A.   At first, no. There was a link where people
12 can write to me. But, at first, I never ask people to
13 write to me.
14     Q.   At some point did you invite people to write
15 to you?
16     A.   From Phillip Houeix or PH Houeix, no. But
17 then, as I receive e-mail from other person with the
18 first Web site, with the first address, I really
19 started to understand that I was not the only one to
20 have been through many different things. And so this
21 is when I created SCAD dot info, to be able to post the
22 other testimony of other person.
23     Q.   Why did you need a second Web site to be able
24 to do that? Why couldn't you have posted the
25 testimony --