1  So what they tried to do is to -- they send
2  letters to my providers, you know, the hosting. And so
3  the two provider -- the provider I had just stopped my
4  Web site with no reason. And so I just discovered that
5  I had to take more precaution about my address e-mail
6  and about how to set the Web site by itself.
7  And so I created another address that was
8  carrying all the testimonies and all the allegation
9  that the other person could post. This is why I
10 created another address, to make sure that SCAD dot
11 info will not be cut again.
12 Q.  So the other Web site the P Houeix dash
13 master -- I'm sorry, the SCAD And Us Web site, that has
14 the testimonials from third-parties as well, correct?
15 A.  Yes. And all the letters from the
16 accreditation body.
17 Q.  So at some point you say you had started
18 inviting people to send you testimonials about their
19 experiences with SCAD?
20 A.  I just say that people already had written to
21 me. So as I was creating this new Web site where
22 people could really talk freely of their own
23 experience, if they wanted to write, they could do it
24 and so I would post their testimony.
25 Q.  So the answer is yes?