

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

September 03, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,686,644* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 11, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*THE SAVANNAH COLLEGE OF ART & DESIGN, INC.*
*A GEORGIA CORPORATION*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

T. LAWRENCE
Certifying Officer

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,686,644
Registered Feb. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## SCAD

SAVANNAH COLLEGE OF ART & DESIGN, INC., THE (GEORGIA CORPORATION)
15 DRAYTON STREET
SAVANNAH, GA 31401

　FOR: EDUCATION SERVICES, NAMELY PROVIDING INSTRUCTION AND TRAINING AT THE UNDERGRADUATE, GRADUATE AND POST-GRADUATE LEVELS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

OWNER OF U.S. REG. NO. 2,570,532.

SER. NO. 78-105,974, FILED 1-31-2002.

BRENDAN MCCAULEY, EXAMINING ATTORNEY