







## International Headlines

"Sin Cuerda" El Pais, Spain
"Suset" Ekstra Bladet, Denmark
"In jedem Fall ein Megakick"
Stern, Germany
"Niewe rage foor doorfallen"
Telegraf, Netherlands
"Kolme,kaksi,yski,huiiiiii!"
Helsingin Sanomat, Finland
"Scad Diving makes Gulf debut"
Gulf News, Dubai
"Look, no rope" Extreme,
England



SCAD Diving ist eine neue einzigartige Freizeitanlage . Es ist weltweit das einzige System, welches kontrollierten Freifall ohne jegliche Anbindung ermöglicht. Der Teilnehmer begibt sich mit einem Speziallift oder über die Außentreppe des SCAD - Turmes in die Auslöseposition in 50 m Höhe. Mobile Anlagen nutzen Gebäude oder Kräne. Dort wird ein Auslösesystem nach einem Countdown aktiviert.



Funktion positiv bewertet. International haben seit '97 über 20.000 Personen einen CFF SCAD Dive gewagt und sind sicher gelandet.



## SCAD Freestyle Show





Profi SCAD Diver führen atemberaubende Sprünge, wie Salti, Kopfüber oder thematisierte Dives vor. Die Beherrschung des Körpers in der Luft ist dabei vorrangiges Ziel eines SCAD Divers. SCAD Diving an einem Helikopter stellt eine besonders spektakuläre Performance dar. Im Mai '97 ließ sich ein SCAD Diver, unter einem Hubschrauber hängend, mitten im Düsseldorfer Rheinstadion während eines Football Spieles in ein SCAD fallen, getarnt als Spieler! Das SCAD System bietet eine Fülle von Spezialeffekten für TV- und Filmproduktionen.



Home     Feedback     Contents   |   Search   |





**SCAD** is a Multi Specialty Corporation since 1995, with it's operations in Scad Consultants Private Limited, in the United Kingdom as Scad PLC and in the United States of America, as Scad Group USA Inc.

## Our Mission

**Home**

**Scad Services**

We entered the Information Technology Business in 1999 as Channel Part World Leaders in E-Mail Services, USA.NET and an Internet Service Provid (ISP). Our present mission is to provide quality services for Efficient and Economical Overseas Calling Using VoIP (Internet Technology).

## Company Profile

We have several divisions and operate these to promote services and pro

**1-800 On Line:** Our E-Mail services provider division. We specialize in we solutions; enterprise messaging; professional messaging and WAP solution

**Janya Marketing:** As exporters of Indian Furniture; Traditional as well as we lead the market in the Middle East and part of the US.

**Jagjit:** A division that concentrates on promoting Jagjit Singh the Ghazal of India as a Brand Name. We have several products branded and authent the Mastero himself for the fans of the singer world over.

**new** **ScadTel:** Our latest VoIP division. Our association with MediaR quality connection for overseas phone calls using Internet.

**ScadMail** Check Your Scad-Gr

## Contact Information

**We Are In:**
    India-U.K.-USA
**Electronic mail**
    Information: info@scad-group.com
    Services: serveme@scad-group.com
    Web-master: master@scad-group.com

Send mail to scad@scad-group.com with questions or comments about this web site.
Copyright © 2002 Scad Group USA Inc.

 Hit Counter