

News

Products

- SCAD
- Kristall
- ARBAT
- Monolit
- WeST
- Cross
- Section designer
- Consul
- Tonus
- Sezam
- Comet



Subscribe to company news:



Enter your e-mail:

Subscribe

## An integrated software system Structure CAD Office structural strength analysis and design Structure CAD Off

SCAD Office is an advanced system of new generation, designed by e engineers and developed by a team of skillful programmers. The system inclu performance computational software SCAD (version 7.31) and a number of accessory programs that enable one solve problems of analysis and design o concrete structures on an integrated basis. We are constantly developing t improving user's interfaces and computational capabilities, adding new design co

The SCAD Office package includes the following programs:

- SCAD - an integrated system for finite element structural analysis
- Kristall - analysis of steel structural elements
- ARBAT - selection of reinforcement and expert investigation of ferroconcre elements
- WeST - calculation of loadings in compliance with SNiP "Loadings and influe
- Monolit - design of monolithic rib-reinforced floors
- Comet - design and analysis of steel structural joints
- Cross - calculation of coefficients of subgrade reaction for structures foundations
- Section Designer - creation and analysis of geometric properties of sectio rolled profiles and plates
- Consul - construction of any types of cross-sections and calculation of thei properties using a theory of solid bars
- Tonus - construction of any types of cross-sections and calculation of thei properties using a theory of thin-walled bars
- Sezam - a tool to find equivalent cross-sections

(c) 2001 Copyright
SCAD Group
All rights reserved.
Designed by
CodEX World Studio



**SCAD/DCS**

- Home
- Software Tools
- Membership
- OPM
- What's New
- General
- Windows 98/2000
- Macintosh
- Unix
- TSM
- HWS
- SWS
- Training
- CIT Help Desk
- CIT Home
- CIT Services A to Z
- Contact OIT
- PU Home

**Princeton University** 

# SCAD / DCS

### Support for Computing in Academic Departments (SCAD) and Departmental Computing Support (DCS)

Support for Computing in Academic Departments (SCAD) and Departmental Computing Support (DCS) is a University endeavor which complements central support given by OIT, allowing departments a higher level of individualized advocacy and attention. Departmental consultants participate in monthly meetings that address common concerns and issues related to campus computing.

The group has priority access to the OIT Help Desk, special opportunities for training and access to OIT's KnowledgeBase and tracking system.

*Please send comments or suggestions to evelyne@princeton.edu.*

# Systems and Control Archive at Dallas (SCAD)

Welcome to SCAD the Systems and Control Archive At Dallas.

SCAD is a database that aims to provide information for engineers and mathematicians whose interests are in the areas of control theory, systems theory and signal processing.

SCAD started as an FTP database and was then extended to a gopher server and web server. We aim to continue to provide access to SCAD for those collegues who do not have gopher and/or web clients. This `mixed' approach means that not all parts of SCAD are written in html format.

Click here for information about how to deposit material to SCAD using ftp and access of SCAD using ftp and gopher.

**The contents of SCAD:**

- SCADUpdate, Announcement of recent changes and additions to SCAD which appeared in the E-Letter on Systems, Control and Signal Processing.
- Books. Information and announcement for books related to systems and control.
- Contents Pages of scientific journals.
- Electronic Newsletters. Backcopies of electronic newsletters such as the E-letter on Systems, Control and Signal Processing.
- Positions database.
- Conference Information. Information about Conferences that appeared in the E-Letter on Systems, Control and Signal Processing or were directly submitted to SCAD. A number of links are also provided that are servers which offer information about conferences.
- Links to related WWW and gopher servers such as IEEE, National Science Foundation, AMS etc.
- Links to systems and control groups worldwide. *Warning: This is a current construction site !!!!*
- Preprints. *An archive of preprints. We are planning an initiative to revive this part of SCAD !!!*
- Shellscripts. *Two useful shellscripts to deposit material into SCAD using ftp.*
- Software. *Software database and links to other software sites.*
- Theses. *This directory contains abstracts and Ph.D./Masters theses.*

---

The editors of SCAD are Raimund Ober and Xu Huang. Please send any comments and suggestions to scad@utdallas.edu.

# SCAD™ 1.0
## Smart-Card-Application Development toolkit

| KOREAN

---

### Without programming of

## Smart Card (IC Card) application ...



You can build a smart-card-interfaced Intranet, Internet banking, or electronic commerce system conveniently.
You can issue smart cards instantly as your designed data and security structure in the card chip.
You can develope a smart-card-applied Windows program very easily.

### SCAD™ 1.0
*Smart-Card-Application Developement toolkit*

Smart-Card Interface Engine for Network Communication Environment

Smart-Card ISSuing ORganizer

Smart-Card Office-system Programming Environment

- message security between Web server and a client PC in a TCP/IP environment via ciphered presentations
- encrypting/decrypting key management, i.e., generating, distributing, and storing keys using smart cards
- user identification, security level, and transaction history managements of any type of network information system
- highly secured user identification method not just entering user ID and password

- no need of any technical knowledge and developing experience about smart cards to introduce and use this package system
- no proramming efforts, no development time to issue smart cards as your requirements
- a smart-card application program to read and update your issuing cards can be developed instantly
- Now, all the advantages of smart cards integrates to the existing computer programming environment very quickly

---



**DSI**
DongSung Inforcomm

16FL.DongSung BLDG. #158-24 SamSung-Dong, KangNam-Ku SEOUL 135-090, KOREA
TEL: +82-2-538-5656   FAX: +82-2-563-5480

1650 Tysons Boulevard, suite 210 McLean, VA22102 U.S.A.
TEL: (703)827-2315   FAX: (703)827-2319

| CONTACT