UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SAVANNAH COLLEGE OF ART AND
DESIGN, INC.,

        Plaintiff,         CASE No. __C-1-02-490__

vs.        Judge Beckwith

**PHILIPPE HOUEIX,**        Magistrate Hogan

        Defendant.        DEFENDANT'S ATTORNEY'S AFFIDAVIT CONTRA TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**STATE OF OHIO   ] COUNTY OF HAMILTON] ss:**

Being duly cautioned that the penalties for perjury could apply and being sworn, the undersigned, John A. Rebel. states the following to be true to his personal knowledge.

1.    The web pages *scad.info* and *scad-and-us.info* are linked to a webpage labeled WORLD STUDENT at *www.worldstudent.com/uk/mag/features/accreditation.shtml*, a copy is attached.

2.    The undersigned has used three Internet Service Providers. Each provider has a homepage, that contains a prominent "search" button. Alternate search engine may be selected. A key term is typed in a box and a "go" button is hit. Pages of search results appear. The reasonable Internet user will follow this procedure.

3.    Attached hereto are search results using the key term *scad.*. The popular search engines used were: MSN, Google, Yahoo, HotBot, and AskJeeves.

4.    For the MSN search engine, the No. 1. *SCAD* site is System and Control Archive at Dallas, *scad.utdallas.edu.* The No. 2 site is Plaintiff at *scad.edu.* The No. 14. site is an older art college: Seian College of Art and Design. (At some sites it is called Seian University of Art and

1

Design). It is in Japan. Its web addresses is *scad.ac.jp*. At No. 28 is one of Defendant's websites; *scad-and-us.info*.

5. For the Google search engine, the No. 1. *SCAD* site is Plaintiff at *scad.edu*. The No. 10. site is Seian College of Art and Design. (At some sites it is called Seian University of Art and Design). It is in Japan, *scad.ac.jp*. Defendant's website is not in the first forty.

6. For the Yahoo search engine, the No. 1.*SCAD* site is Plaintiff at *scad.edu*. The No. 3. site is System and Control Archive at Dallas, *scad.utdallas.edu*. The No. 2 site is Plaintiff at *scad.edu*. The No.7. site is Seian College of Art and Design. Defendant's website is not in the first sixty hits.

7. For the HotBot search engine, the No. 2. *SCAD* site is Plaintiff at *scad.edu*. The Nos 1 and. 3. sites are the European Database and Europa SCADPlus, *europa.eu.int/scad* and *europa.eu.int/scadplus*. The No.13. site is Seian College of Art and Design. Defendant's website is No. 29.

8. For the AskJeeves search engine, the No. 1. *SCAD* site is Plaintiff at *scad.edu*. Seian College of Art and Design and Defendant's website are not in the first forty hits.

9. The website *scad.com* connects to *southcarolina.com*. Its homepage is attached hereto. The website *scad.org* connects to *smithcad.org*: for Smith County Appraisal District in Texas. Its homepage is attached hereto. The website *scad.com.au* connects to Schmidli Creation And Design.

10. A few of the homepages for *SCAD* websites found by the search engines are attached. Attached hereto other homepages of SCAD including SCAD at Dartmouth, which is loosely affiliated with the famous school. Attached hereto is the page for SCAD at Princeton, *princeton.edu/scad*.

11. Attached hereto are the U.S. Patent and Trademark Office (USPTO) registration and applications records under *SCAD*. Accordia, Inc. applied for use of SCAD in the international classes 009 and 042 on 2/20/2001, application number 78099537. International class 009 is "scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signaling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproductio of sound or images; magnetic data carriers, recording discs; suthomatic vending machines and mechanisms for coin operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire extinguishing apparatus". Plaintiff's class is International class 0041: "Education; providing of training; entertainment; sporting and cultural activities". Accordia, Inc. other protected area is International class 0042: "Providing of .... scientific and industrial research; computer programming; services that cannot be classifed in other classes".

12. There are nine other entries under SCAD in the USPTO record.

13. The undersigned on two occasions used the Google search engine to determine the number of United States colleges and universities listed at the TLDN of *.edu, .com, .info,* and *.org*. At *.edu* there are approximately 1,850 U. S. colleges(over 1000) and universities(about 850) listed. At *.com* there are less than 10 colleges and 0 universities. At *.org* and *.info* there are no colleges and no universities; so that 99.5% of all U.S. colleges and universities have web sites at *.edu*.

_____
John A. Rebel

The foregoing affidavit was sworn to and signed before me by John A. Rebel, who is personally known to me, the undersigned notary, on this ____ day of January 2003.

_____
Notary

3

Daniel H. McKinney, Attorney at Law
Notary Public, State of Ohio
My commission has no expiration date.
Section 147.03 R. C.

Tab

Serial Number: 75502576
Registration Number: 2570532
Word Mark: SCAD BEES
International Class: 041
U.S. Class: 100 101 107
Goods and Services: educational services, namely, providing courses of instruction at the college level and distributing course material in connection therewith; arranging and conducting a sports and athletic program in conjunction with educational activities as a college; DATE OF FIRST USE: 1990.00.00; DATE OF FIRST USE IN COMMERCE: 1990.00.00
Mark Drawing Code: (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS
Design Search Code: 03.23.06; 03.23.24
Filing Date: 19980615
Published for Opposition: 19991228
Registration Date: 20020521
Owner Name: (REGISTRANT) SAVANNAH COLLEGE OF ART AND DESIGN, INC.
Owner Address: 516 Abercorn Street Savannah GEORGIA 31401 CORPORATION Corporation GEORGIA
Type of Mark: SERVICE MARK
Register: PRINCIPAL
USAMark Vol. ID: USM00154
Live / Dead: REGISTERED

---

Serial Number: 78105974
Word Mark: SCAD
International Class: 041
U.S. Class: 100 101 107
Goods and Services: Education services, namely providing instruction and training at the undergraduate, graduate and post-graduate levels.; DATE OF FIRST USE: 1979.00.00; DATE OF FIRST USE IN COMMERCE: 1979.00.00
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 20020131
Owner Name: (APPLICANT) Savannah College of Art & Design, Inc.,The
Owner Address: 15 Drayton Street Savannah GEORGIA 31401 CORPORATION Corporation GEORGIA
Type of Mark: SERVICE MARK
Register: PRINCIPAL
Attorney: Benjamin R. Gross
Live / Dead: PENDING

---

Serial Number: 78099537
Word Mark: SCAD
International Class: 009
U.S. Class: 021 023 026 036 038
Goods and Services: computer software, namely, supply chain management software, and manuals supplied therewith
International Class: 042
U.S. Class: 100 101
Goods and Services: consulting services in the field of supply chain business processes; computer services namely, computer software design, production, training, updating and integration services
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 20011220
Owner Name: (APPLICANT) Accordia, Inc.
Owner Address: 34347 Maybird Circle, Fremont, CALIFORNIA 94555 CORPORATION Corporation DELAWARE
Type of Mark: TRADEMARK; SERVICE MARK

Section 1(b) Indicator: SECTION 1 (B)
Attorney: Connie L. Ellerbach, Esq.,
Live / Dead: PENDING

---

Serial Number: 76056856
Word Mark: SCADASERVER HOST
International Class: 009
U.S. Class: 021 023 026 036 038
Goods and Services: computer software for use in connecting computers, data acquisition, process control and monitoring systems
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 20000525
Priority Date: 20000208
Pseudo Mark: SCAD A SERVER HOST
Owner Name: (APPLICANT) Control Microsystems Inc./Microsystemesde Controle Inc.
Owner Address: 28 Steacie Drive Kanata, Ontario CANADA K2K 2A9 CORPORATION Corporation CANADA
Type of Mark: TRADEMARK
Register: PRINCIPAL
Section 1(b) Indicator: SECTION 1 (B)
Section 44 Indicator: SECT 44
Attorney: Paul Fields
Live / Dead: PENDING

---

Serial Number: 76056855
Word Mark: SCADASERVER REMOTE
International Class: 009
U.S. Class: 021 023 026 036 038
Goods and Services: computer software for use in connecting computers, data acquisition, process control and monitoring systems
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 20000525
Priority Date: 20000208
Pseudo Mark: SCAD A SERVER REMOTE
Owner Name: (APPLICANT) Control Microsytems Inc./Microsystemes de Controle Inc.
Owner Address: 28 Steacie Drive Kanata, Ontario CANADA K2K2A9 CORPORATION Corporation CANADA
Type of Mark: TRADEMARK
Register: PRINCIPAL
Section 1(b) Indicator: SECTION 1 (B)
Attorney: Paul Fields
Live / Dead: PENDING

---

Serial Number: 76056854
Word Mark: SCADASERVER
International Class: 009
U.S. Class: 021 023 026 036 038
Goods and Services: Computer software for use in connecting computers, data acquisition, process control and monitoring systems
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 20000525
Priority Date: 20000208
Pseudo Mark: SCAD A SERVER
Owner Name: (APPLICANT) Control Microsytems Inc./Microsystemes de Controle Inc.
Owner Address: 28 Steacie Drive Kanata, Ontario CANADA K2K 2A9 CORPORATION Corporation CANADA

```
         Register: PRINCIPAL
Section 1(b) Indicator: SECTION 1 (B)
 Section 44 Indicator: SECT 44
             Attorney: Paul Fields
          Live / Dead: PENDING
```

---

```
        Serial Number: 75915497
            Word Mark: SCADALERT
   International Class: 009
            U.S. Class: 021 023 026 036 038
    Goods and Services: electronic process alarm
    Mark Drawing Code: (1) TYPED DRAWING
          Filing Date: 20000202
     Abandonment Date: 20010228
     Cancellation Date: 00000000
           Pseudo Mark: SCAD ALERT
           Owner Name: (APPLICANT) Dranetz-BMI
        Owner Address: 2000 Powell, #1200 Emeryville CALIFORNIA 94608 CORPORATION
                       Corporation CALIFORNIA
         Type of Mark: TRADEMARK
             Register: PRINCIPAL
Section 1(b) Indicator: SECTION 1 (B)
               Status: ABANDONED - FAILURE TO RESPOND
          Live / Dead: DEAD
```

---

```
        Serial Number: 74493583
            Word Mark: SCAD
   International Class: (ABANDONED) 009
            U.S. Class: 038
    Goods and Services: computer software in the field of structural engineering
    Mark Drawing Code: (1) TYPED DRAWING
          Filing Date: 19940224
Published for Opposition: 19941129
     Abandonment Date: 19960822
     Cancellation Date: 00000000
           Owner Name: (APPLICANT) Hi-Draw Software Ltd.
        Owner Address: 32 Bloch St. Tel Aviv, 64161 ISRAEL CORPORATION            Corporation
                       ISRAEL
           Owner Name: (LAST LISTED OWNER) Hi-Draw Software Ltd.
        Owner Address: 32 Bloch St. Tel Aviv, 64161 ISRAEL CORPORATION            Corporation
                       ISRAEL
         Type of Mark: TRADEMARK
             Register: PRINCIPAL
Section 1(b) Indicator: SECTION 1 (B)
             Attorney: Richard Franklin
               Status: ABANDONED - NO STATEMENT OF USE FILED
          Live / Dead: DEAD
```

---

```
        Serial Number: 73152007
   Registration Number: 1143970
            Word Mark: SCAD
   International Class: (CANCELLED) 009
            U.S. Class: 023 026
    Goods and Services: Fire Detectors and Actuators for Use with Pneumatically Actuated Fire Suppression
                       Apparatus; DATE OF FIRST USE: 1977.09.12; DATE OF FIRST USE IN COMMERCE:
                       1977.09.19
```

Filing Date: 19771214
Published for Opposition: 19800729
Registration Date: 19801223
Abandonment Date: 00000000
Cancellation Date: 19870508
Owner Name: (REGISTRANT) Ansul Company, The
Owner Address: Marinette WISCONSIN 54143 CORPORATION        Corporation DELAWARE
Type of Mark: TRADEMARK
Register: PRINCIPAL
Attorney: Morgan, Finnegan, Pine, Foley & Lee
USAMark Vol. ID: USM00071
Status: CANCELLED - SECTION 8
Live / Dead: DEAD