IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPPE HOUEIX,<br><br>Defendant. | CASE NO. C-1-02 490<br><br>Magistrate Judge Hogan |

**FINAL PRETRIAL STATEMENT**

This matter came before the Court at a Final Pretrial Conference held on

September 28, 2004 at 3:00 p.m., it was agreed that the following modification of

Uncontroverted Fact No. 29 is to be made.

    29) Houeix's web site contains links to certain other web pages. One link is to "www.worldstudent.com/uk/mag/features/accreditation.shtml," which has pop-up links that are clearly labeled which change every few seconds. At times, Houeix's web site is linked to teacher and student forum pages at "www.savannahnow.com/ubb/Forum7/HTML/000182.html;" "http://teachers.net/mentors/higher_education/topic257/6.11.01.13.16.39.html;" and "http://pub97.ezboard.com/ffailure75800frm1.showMessage?topicID=89.topic." Currently Houeix's web site is linked to SCAD student forum groups at "http://groups.yahoo.com/group/scad3/interrupt?st=2&m=1&done=%2Fgroup%2Fscad3%2Fmessage%2F44" and "www.livejournal.com/community/scad-community/30659.html.".

Date:  October 1, 2004.

____10/4/04____          _____/s/ Timothy S. Hogan_____
Date                              TIMOTHY S. HOGAN
                                    U.S. MAGISTRATE JUDGE

_____   _____
Date

Stephen J. Butler, Esq.
Bar. No. 0010401
Theodore D. Lienesch, Esq.
Bar. No. 0016542
Thompson Hine LLP
312 Walnut Street
Cincinnati, Ohio 45202-4089
Telephone: (513) 352-6700
Facsimile: (513) 241-4771

David J. Stewart, Esq.
J. Patrick Elsevier, Esq.
Alston & Bird, LLP
1201 West Peachtree St.
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

David T. Croall
Bar No. 0009149
Rachel E. Burke
Bar No. 0066863
Adele E. O'Conner
Bar No. 0023133
Porter, Wright, Morris & Arthur LLP
Suite 2200
250 East Fifth Street
Cincinnati, Ohio 45202-5117
Telephone: (513) 381-4700
Facsimile: (513) 421-0991

Counsel for Plaintiff Savannah College Of Art and Design, Inc.

ATL01#11745239v1

- 3 –

| | |
|---|---|
| 10/1/2004 | /s/ John A. Rebel |
| Date | John A. Rebel |

McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200
(513) 632-5898

Counsel for Defendant
Philippe Houeix

- 4 –

- 4 –

ATL01#11745239v1