
SCAD Days
PLAINTIFF'S EXHIBIT
81
ALL-STATE LEGAL®
Savannah, Georgia
Savannah College
of Art and Design

# SCAD Days

Plan now to attend!

**September 18, 2004**
**October 16, 2004**
**November 13, 2004**
**January 8, 2005**
**February 5, 2005**
**March 5, 2005**
**April 9, 2005**

· Tours
· Admission Information
· Portfolio Counseling
· Financial Aid/Scholarship Information

Lunch is provided for prospective students; guests may purchase a meal ticket.

To register, go to www.scad.edu/visit, or call 800.869.7223 or 912.525.5100. E-mail may be sent to visit@scad.edu.




This is Google's text-only cache of http://www.designcommunity.com/students/7078.html as retrieved on Sep 24, 2004 23:00:13 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
Click here for the full cached page with images included.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:l-bdUNURlSEJ:www.designcommunity.com/students/7078.html+%22PHILIPPE+hOUEIX%22&hl=en&lr=&ie=UTF-8&strip=1

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **philippe houeix**

**Architecture Students Discussion Forum**

Click Here

# Message - prospective SCAD student

Responses | Students Forum | Architecture Forum | Architecture Scrapbook | ArchitectureWeek

*Posted by* Maggie *on May 24, 2003 at 20:27:45:*

Hey guys--
I'm currently a Lit major at UNC, but have decided to switch to Architecture (I know, big change). Anybody here go to and/or recommend the program at SCAD? How does it measure up to other schools? Is it hard to transfer? Any recommended books/etc. I should read before I get there? Sorry about the seemingly endless list of questions. *grin* Thanks for any comments!

Maggie

ArchitectureWeek Search Buildings Architects Types & Styles Places Pix Free 3D Models Store Library

**Architecture Search** by name of Building, Architect, or Place:

*Examples: "Fallingwater", "Wright", "Paris"* *Advanced Search*

**Responses:**

- Re: prospective SCAD student **PHILIPPE hOUEIX** *19:35:56 5/31/2003* (0)

---

# Post a Response -

Subject:

---

**Please post continuing discussion to the new DesignCommunity Forums.**

To post successfully to the new membership-based DesignCommunity Forums:

**1) Go** to the new forums area.
**2) Register with a valid email** address.
**3)** Receive **and respond** to the **confirmation email**.
**4)** Then **login** to the new forum system.

---

Responses | DesignWorkshop 3D Forum | User Gallery | Architecture Forum | Scrapbook | E-Design

Free 3D at Artifice.com

Home | Great Buildings | CAD Outpost | DesignWorkshop | Free 3D | Gallery | Search | ArchitectureWeek

This document is provided for on-line viewing only. */students/7078.html*






This is Google's text-only cache of http://www.designcommunity.com/students/7120.html as retrieved on Sep 25, 2004 00:24:07 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
Click here for the full cached page with images included.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:9Y_P086wnqsJ:www.designcommunity.com/students/7120.html+%22PHILIPPE+hOUEIX%22&hl=en&lr=&ie=UTF-8&strip=1

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **philippe houeix**

**Architecture Students Discussion Forum**

Click Here

# Message - Re: prospective SCAD student

Responses | Students Forum | Architecture Forum | Architecture Scrapbook | ArchitectureWeek

*Posted by* **PHILIPPE hOUEIX** *on May 31, 2003 at 19:35:56:*

*In Reply to:* prospective SCAD student *posted by* Maggie *on May 24, 2003 at 20:27:45:*

HAVE A LOOK ON THE WEBSITE WWW.SCAD.INFO BEFORE MAKING A DECISION...SINCERELY, pHILIPPE

ArchitectureWeek Search Buildings Architects Types & Styles Places Pix Free 3D Models Store Library

**Architecture Search** by name of Building, Architect, or Place:

*Examples: "Fallingwater", "Wright", "Paris"* *Advanced Search*

**Responses:**

---

# Post a Response -

Subject:

---

**Please post continuing discussion to the new DesignCommunity Forums.**

To post successfully to the new membership-based DesignCommunity Forums

1) **Go** to the new forums area.
2) **Register** with a valid email address.
3) Receive and respond to the **confirmation email**.
4) Then **login** to the new forum system.

---

Responses | DesignWorkshop 3D Forum | User Gallery | Architecture Forum | Scrapbook | E-Design

Free 3D at Artifice.com

Home | Great Buildings | CAD Outpost | DesignWorkshop | Free 3D | Gallery | Search | ArchitectureWeek

This document is provided for on-line viewing only. */students/7120.html*