**AMENDED APPENDIX F**

EXHIBITS OF PLAINTIFF

| Exhibit ID | DESCRIPTION |
| --- | --- |
| P-1 | Certificate of Registration for SCAD Mark, Registration No, 2,686,644 |
| P-2 | Composite Exhibit: Photocopies of SCAD Branded Merchandise |
| P-3 | Photo and Description of SCAD Trustees Theatre |
| P-4 | Verisign WHOIS Search Result for SCAD.EDU domain name registration |
| P-5 | Color Brochure for the SCAD Parents Association |
| P-6 | Color Savannah College of Art and Design Money Matters Newsletter |
| P-7 | Color SCAD Athletics Creating Champions Brochure |
| P-8 | Color Brochure for Trustees Theatre – Lucas Theatre For The Arts 2002-2003 Season |
| P-9 | Color Program for Trustees Theatre – Lucas Theatre For The Arts 2002-2003 Season |
| P-10 | Color SCAD Digital Media Brochure |
| P-11 | Color 2002-03 Campus Visitation Days Mailer |
| P-12 | Color Savannah College of Art and Design Daily Campus Tours Mailer |
| P-13 | Color Looking For SCAD Artists Mailer |
| P-14 | Color The Campus Newsletter |
| P-15 | Color Savannah College of Art and Design Historic Preservation Brochure |
| P-16 | Color SCAD 2002 Athletics Schedule |
| P-17 | Color SCAD Spring 2001 Media Guide |
| P-18 | Color Savannah College of Art and Design Viewbook |
| P-19 | Savannah College of Art and Design Catalog |
| P-20 | Savannah College of Art and Design "See Your Dreams" Poster |
| P-21 | SCAD T-Shirt (Real T-Shirt to be used at trial) |
| P-22 | Property Of SCAD Bees Basketball T-Shirt (Real T-Shirt to be used at trial) |
| P-23 | SCAD Baseball Cap (Real hat to be used at trial) |
| P-24 | SCAD Sports Bottle (Real bottle to be used at trial) |
| P-25 | SCAD Keytag (Real keytag to be used at trial) |
| P-26 | SCAD Bandanna (Real bandanna to be used at trial) |
| P-27 | SCAD Pennant (Real pennant to be used at trial) |
| P-28 | SCAD Stickers (Real stickers to be used at trial) |
| P-29 | Composite Exhibit of National Newspaper Advertisements for SCAD |
| P-30 | Composite Exhibit of Local Newspaper Advertisements for SCAD |
| P-31 | Magazine Advertisement for SCAD |

| | |
|---|---|
| P-32 | Composite Exhibit of Newspaper Articles about SCAD |
| P-33 | Composite Exhibit of Burrelle's Information Services transcripts from TV and Radio Sportscast regarding SCAD |
| P-34 | Burrelle's Information Services transcript from news article from The Star Online (Berhad, Malaysia) placed on the World Wide Web |
| P-35 | Printout of SCAD.EDU Home Page |
| P-36 | Letter dated March 20, 1999, from Nathalie and Philippe Houeix to SCAD |
| P-37 | Letter to Philippe Houeix from Harley Lingerfelt |
| P-38 | Verisign WHOIS Search Result for SCAD.INFO domain name registration |
| P-39 | Verisign WHOIS Search Result for SCAD-AND-US.info domain name registration |
| P-40 | Printout from SCAD.INFO Home Page dated 01/23/2002 |
| P-41 | Printout from SCAD.INFO Home Page dated 10/17/2002 |
| P-42 | Printout from SCAD.INFO Home Page dated 07/21/2003 |
| P-43 | Printouts from SCAD.INFO Web Site (Letters of Students) dated 09/01/2004 |
| P-44 | Printouts from SCAD.INFO Web Site (Emails of the Week) dated 09/01/2004 |
| P-45 | Printout from WORLDSTUDENT.COM Home Page dated 10/17/2002 |
| P-46 | Composite Exhibit Printouts from WORLDSTUDENT.COM web site |
| P-47 | Printout from SCAD.INFO.futuresite.register.com/ Home Page |
| P-48 | Printout from WEBSITENOW.COM Home Page |
| P-49 | Printout from REGISTER.COM Home Page |
| P-50 | Printout from SCAD-AND-US.INFO Home Page |
| P-51 | E-mail from Sarah Talreja to Nancy Taneberg dated 27 June 2002 |
| P-52 | E-mail dated October 29, 2001 from invoice@register.com to houiex@gateway.net |
| P-53 | Printout from YAHOO.COM web site |
| P-54 | Printout from YAHOO.COM web site dated 11/25/2003 |
| P-55 | Color Printout from LIVEJOURNAL.COM web site |
| P-56 | Printout of the home page of the Rutgers University web site, located at the URL www.rutgers.info |
| P-57 | Printout of the home page of the Brigham Young University web site, located at the URL www.byu.info |
| P-58 | Printout of home page of J.W. McClure School of Communications Systems Management at Ohio University, located at the URL www.mcclureschool.info |
| P-59 | Printout of the home page of the Georgetown University Maternal and Child Health Library web site, located at the URL www.mchlibrary.info |
| P-60 | Printout of the home page of the Michigan State University College |

| | |
|---|---|
| | of Law Animal Legal & Historical Center web site, located at the URL www.animallaw.info |
| P-61 | Printout of the home page of the University of Massachusetts Center for Information Technology and Dispute Resolution web site, located at the URL www.odr.info |
| P-62 | Printout of the home page of the web site of the Einstein Papers Project at the California Institute of Technology, located at the URL www.alberteinstein.info |
| P-63 | Printout of the home page of the San Diego State University faculty and student news site, located at the URL www.sdsuniverse.info |
| P-64 | Printout of the Arizona State University basketball program web site, located at the URL www.asu.info |
| P-65 | Printout of the home page of the web site of the Phenomenology Institute at the University of Wisconsin, located at the URL www.pheno.info |
| P-66 | Printout of home page of Cornell College web site, located at the URL www.cornellcollege.info |
| P-67 | Printout of the home page of the Southern Regional Forestry web site, a collective effort of a number of universities, including Auburn, LSU, Georgia, Florida and Kentucky, located at the URL www.sref.info |
| P-68 | Printout of the home page of the web site of Golden West College, located at the URL www.gwc.info |
| P-69 | Printout of the home page of the Western International University web site, located at the URL www.wintu.info |
| P-70 | Printout of the home page of the University of Phoenix, located at the URL www.uofphx.info |
| P-71 | Printout of the home page of the Devry University web site, located at the URL www.devry-university-101.info |
| P-72 | Printout of the home page of the Statistical and Applied Mathematical Sciences Institute, an partnership of the Duke University, North Carolina State University, and the University of North Carolina, among others, located at the URL www.samsi.info |
| P-73 | Printout of home page of the University of Colorado Cancer Center, located at the URL www.uccc.info |
| P-74 | Printout of pages of search results of search on the term "scad" in Yahoo! search engine |
| P-75 | Printout of pages of search results of search on the terms "scad college" in Yahoo! search engine |
| P-76 | Printout of pages of search results of search on the term "scad" in MSN search engine |
| P-77 | Printout of pages of search results of search on the terms "scad college" in MSN search engine |
| P-78 | Printout of pages of search results of search on the term "scad" in Google search engine |
| P-79 | Color Printout of additional pages from LIVEJOURNAL.COM web |

3

|       |                                                                                                        |
|-------|--------------------------------------------------------------------------------------------------------|
|       | site                                                                                                   |
| P-80  | Color SCAD Day October 16, 2004 Mailer                                                                 |
| P-81  | Color SCAD Days 2004-2005 Mailer                                                                       |
| P-82  | Printout from Architecture Students Discussion Forum on DESIGNCOMMUNITY.COM web site dated May 24, 2003. |
| P-83  | Printout from Architecture Students Discussion Forum on DESIGNCOMMUNITY.COM web site dated May 31, 2003. |

ATL01/11760595v1