**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SAVANNAH COLLEGE OF ART AND DESIGN, INC.,** | : : | |
| Plaintiff, | : : | **CASE No.   C-1-02-490** |
| **vs.** | : : | |
| **PHILIPPE HOUEIX,** | : : | Magistrate Hogan |
| Defendant. | : | |

# DEFENDANT'S EXHIBITS LIST

John A. Rebel (0031771)<br>
Attorney for Defendant<br>
McKinney & Namei<br>
15 E. 8th St.<br>
Cincinnati, Ohio 45202<br>
(513) 721-0200,<br>
Fax: 513- 632-5898

# APPENDIX G
## EXHIBITS OF DEFENDANT

| Exhibit ID | DESCRIPTION |
|---|---|
| D-1 | CPR Institute for Dispute Resolution CPR 0206 Savannah College Art & Design v. Houeix – Decision |
| D-2 | scad.info home page |
| D-3 | scad-&-us.info home page |
| D-4 | Link:  Article about Savannah College Art & Design:  Lingua Franca  Sinister Design |
| D-5 | Link:  Article about Savannah College Art & Design: Crime |
| D-6 | Link:  Positions & decisions of educative organizations |
| D-7 | Link:  Securitycampus.org |
| D-8 | Link:  www.worldstudent.com/uk/mag/features/accreditation.shtml web page |
| D-9 | Link:  http://teachers.net/mentors/higher_education/topic 257/6.11.01.13.16.39.html   forum |
| D-10 | Link:  www.livejournal.com/community/scad-community/30659.html forum web page |
| D-11 | Link:  groups.yahoo.com/group/scad3/message44   forum for scad students web page |
| D-12 | Link:  Savannah College Art & Design Testimonies |
| D-13 | Link:  Dossier/My Case |
| D-14 | Link: Link:  Details and Documents |
| D-15 | Link: Link: Link: Houeix's Faculty Schedule Fall 2000 to Summer 2001 |
| D-16 | Link: Link: Link: Houeix's Student Schedule Fall 2000 to Summer 2001 |
| D-17 | Link: Link: Link: Houeix's Grade Transcript Fall 2000 to Summer 2001 |
| D-18 | Link: Link: Link: Houeix's Grade Report Winter 2001 |
| D-19 | Link: Link: Link: Houeix's Grade Report  Summer 2001 |
| D-20 | Grade changes |
| D-21 | Tray Crow's e-mails (discovery from Plaintiff) |
| D-22 | Summary of web searches |
| D-23 | Summary of business entities registered by various states |
| D-24 | Summary of trademark registration application of scad |
| D-25 | USPTO printout registration of mark SAVANNAH COLLEGE OF ART AND DESIGN |
| D-26 | USPTO printout registration of mark for logo and SAVANNAH COLLEGE OF ART AND DESIGN |
| D-27 | Web page livejournal.com/ support |
| D-28 | Web page livejournal.com/support/faq.bml |
| D-29 | Web page worldstudent.com/uk/entrance/index.shtml |
| D-30 | Web page   worldstudent.com/uk/entrance/offer.shtml |