UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., | : | |
| Plaintiff, | : | **CASE No.  C-1-02-490** |
| | : | |
| vs. | : | |
| | : | |
| PHILIPPE HOUEIX, | : | Magistrate Hogan |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MOTION TO AMEND PRETRIAL STATEMENT**

Defendant moves to amend the Pretrial Statement by revising Uncontroverted Fact 29 by deleting the following: the following deleted *and which link to web sites for other universities and for college placement services.*  The revised No. 29 is attached.

Defendant adds six exhibits: D-25, *USTPO Printout of mark SAVANNAH COLLEGE OF ART AND DESIGN,* D-26, *USTPO Printout of mark for logo and SAVANNAH COLLEGE OF ART AND DESIGN* D-27, Web page *livejournal.com/ support*, D-28, *Web page livejournal.com/support/faq.bml* , D-29, Web page *worldstudent.com/uk/entrance/index.shtml*, D-30, Web page *worldstudent.com/uk/entrance/offer.shtml*. Exhibits D- 27 & 28 clarify Plaintiff's Exhibit P-79 (recently added). Exhibits D-30 & 31 clarify Exhibit P-46, which has the shuffled web pages. Exhibits D-25 and 26 are attached. All of the exhibits have been served upon opposing counsel.

Respectfully submitted,

 /s/ John A. Rebel
John A. Rebel (0031771)
Attorney for Defendant
McKinney & Namei
15 E. 8th St.
Cincinnati, Ohio 45202
(513) 721-0200, Fax: 513- 632-5898

**Certification of Service**

The foregoing was electronically served on the attorneys for plaintiff, on this 5th day of October, 2003.

    /s/ John A. Rebel
John A. Rebel (0031771)
Attorney for Defendant