# Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Sep 28 04:36:47 EDT 2004*

PTO Home  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  BOTTOM  HELP
PREV LIST  CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  **List At:**

OR  Jump  to record:  **Record 1 out of 4**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SAVANNAH COLLEGE** OF **ART** AND **DESIGN** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Education services, namely providing instruction and training at the undergraduate, graduate and post-graduate levels. FIRST USE: 19791101. FIRST USE IN COMMERCE: 19791101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78273043 |
| **Filing Date** | July 11, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Savannah College of Art and Design CORPORATION GEORGIA 516 Abercorn Street Post Office Box 3146 Savannah GEORGIA 314023146 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | WENDY L. ROBERTSON |

| | |
|---|---|
| **Record** | |
| **Prior Registrations** | 2287532;2323195 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |