# Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Sep 28 04:36:47 EDT 2004*

Please logout when you are done to release system resources allocated for you.

List At:

OR   to record:   **Record 3 out of 4**

*(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SAVANNAH COLLEGE OF ART AND DESIGN |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational services, namely, providing courses of instruction at the college level and distributing course material in connection therewith. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 070325 261121 261125 261713 |
| **Serial Number** | 75502517 |
| **Filing Date** | June 15, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | July 27, 1999 |

| | |
|---|---|
| **Opposition** | |
| **Registration Number** | 2287532 |
| **Registration Date** | October 19, 1999 |
| **Owner** | (REGISTRANT) Savannah College of Art and Design, Inc. CORPORATION GEORGIA 516 ABERCORN STREET Savannah GEORGIA 31401 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | SUE ELLEN RUSSELL |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAVANNAH COLLEGE OF ART AND DESIGN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |