29) Houeix's web site contains links to certain other web pages. One link is to "www.worldstudent.com/uk/mag/features/accreditation.shtml," which has pop-up links that are clearly labeled which change every few seconds. At times, Houeix's web site is linked to teacher and student forum pages at "www.savannahnow.com/ubb/Forum7/HTML/000182.html;" "http://teachers.net/mentors/higher_education/topic257/6.11.01.13.16.39.html;" and "http://pub97.ezboard.com/ffailure75800frm1.showMessage?topicID=89.topic." Currently Houeix's web site is linked to SCAD student forum groups at "http://groups.yahoo.com/group/scad3/interrupt?st=2&m=1&done=%2Fgroup%2Fscad3%2Fmessage%2F44" and "www.livejournal.com/ community/scad-community/30659.html.".

# APPENDIX G

## EXHIBITS OF DEFENDANT

| Exhibit ID | DESCRIPTION |
|---|---|
| D-1 | CPR Institute for Dispute Resolution CPR 0206 Savannah College Art & Design v. Houeix – Decision |
| D-2 | scad.info home page |
| D-3 | scad-&-us.info home page |
| D-4 | Link: Article about Savannah College Art & Design: Lingua Franca Sinister Design |
| D-5 | Link: Article about Savannah College Art & Design: Crime |
| D-6 | Link: Positions & decisions of educative organizations |
| D-7 | Link: Securitycampus.org |
| D-8 | Link: www.worldstudent.com/uk/mag/features/accreditation.shtml web page |
| D-9 | Link: http://teachers.net/mentors/higher_education/topic 257/6.11.01.13.16.39.html   forum |
| D-10 | Link: www.livejournal.com/community/scad-community/30659.html forum web page |
| D-11 | Link: groups.yahoo.com/group/scad3/message44   forum for scad students web page |
| D-12 | Link: Savannah College Art & Design Testimonies |
| D-13 | Link: Dossier/My Case |
| D-14 | Link: Link: Details and Documents |
| D-15 | Link: Link: Link: Houeix's Faculty Schedule Fall 2000 to Summer 2001 |
| D-16 | Link: Link: Link: Houeix's Student Schedule Fall 2000 to Summer 2001 |
| D-17 | Link: Link: Link: Houeix's Grade Transcript Fall 2000 to Summer 2001 |
| D-18 | Link: Link: Link: Houeix's Grade Report Winter 2001 |
| D-19 | Link: Link: Link: Houeix's Grade Report  Summer 2001 |
| D-20 | Grade changes |
| D-21 | Tray Crow's e-mails (discovery from Plaintiff) |
| D-22 | Summary of web searches |
| D-23 | Summary of business entities registered by various states |
| D-24 | Summary of trademark registration application of scad |
| D-25 | USPTO printout of trademark registration: Savannah College of Art and Design serial no. 78273043 |
| D-26 | USPTO printout of trademark registration: symbol for : Savannah College of Art and Design serial no. 75502517 |
| D-27 | Several state registration certificates for business names including SCAD taken form internet |