UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SAVANNAH COLLEGE OF ART
AND DESIGN, INC.,
    Plaintiff,

Civil Action No. 1:02-cv-490

vs.

PHILIPPE HOUEIX,
    Defendant.

**ORDER**
(Hogan, M.J.)

This matter is before the Court on plaintiff's unopposed motion to amend/correct the Final Pretrial Order. (Doc. 52). For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED**.

Date: 10/5/04

Timothy S. Hogan
United States Magistrate Judge