FILED
JAMES BONINI
CLERK

2004 OCT -6 PM 4:27

U.S. DISTRICT COURT
SOUTHERN DISTRICT OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Savannah College of Art and Design, Inc.,
        Plaintiff,

v.

Case No.   1:02cv490
(Hogan, M.J.)

Philippe Houeix,
        Defendant.

## Civil Minutes
### Bench Trial (Day   1 )
#### before the

## HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Barbara A. Crum
**LAW CLERK:** Karen Litkovitz
**COURT REPORTER:** Ace Reporting, Jennifer Coats
**DATE:**  October 6, 2004                    **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| David Stewart | Ann Bebel |
| John Patrick Elsevier | |
| Stephen Butler | |
| Ernie Lee (in-house cnsl) | **WITNESSES** |
| | Philippe Houeix |
| Brian Murphy | |
| Philippe Houeix | |

## PROCEDURES

_√_ Counsel present
_√_ Plaintiff calls witnesses
_√_ Plaintiff rests
_____ Judge Grants/Denies Rule 50 Motion
_____ Defendant admits exhibits
_____ Defendant renews Rule 50 Motion
_____ Plaintiff's rebuttal
_____ Closing Arguments

_√_ Opening Statements
_√_ Plaintiff admits exhibits
_____ Defendant moves for Rule 50 Motion
_____ Defendant calls witnesses
_____ Defendant rests
_____ Judge Grants/Denies Rule 50 Motion
_____ No rebuttal

Court adjourned or (in recess) until _9:00 am 10/7/04_ .

**Remarks:** π moves to dismiss cyberpiracy claim, Δ consents; oral order
dismisses the cyberpiracy claim.

π to submit a brief regarding the admittance of Ex 51.