**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FILED
JAMES BONINI
CLERK

2004 OCT -7 PM 2: 17

Savannah College, Inc.,
    Plaintiff,

v.      Case No. 1:02cv490
    (Hogan, M.J.)

Philippe Houeix,
    Defendant.

## Bench Trial Minutes (DAY 2)

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Karen Litkovitz
**COURT REPORTER:** Ace Reporting, Jennifer Coats
**DATE:** October 7, 2004     **TIME:** 9:00 am

**Attorney for Plaintiff(s):**
David Stewart
Patrick Elsner
Stephen Butler
Ernie Lee (in-house cnsl)

**Attorney for Defendant(s):**
Jan Rebel

### WITNESSES

Brian Murphy (rebuttal)

Philippe Houeix
Philippe Houeix (rebuttal)

### PROCEDURES

✓ Counsel present
___ Plaintiff admits exhibits
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
✓ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
✓ Plaintiff's rebuttal

___ Plaintiff calls witnesses
___ Defendant moves for Rule 50 Motion
✓ Defendant calls witnesses (continues)
✓ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
✓ Closing Arguments

Remarks: Δ's response to π's motion for admissibility of Ex 51: 10/14/05
Facts + Conclusions of Law + Written Closing
Arguments: 10/29/04

Court adjourned or in recess until _____.