UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WITNESS/EXHIBIT LIST**
**Bench Trial before Magistrate Judge Hogan**
**beginning October 6, 2004 and ending October 7, 2004**

Savannah College of Art and Design, Inc.,
    Plaintiff,

    v.                                  Case No.   1:02cv490
                                          (Hogan, M.J.)

Philippe Houeix,
    Defendant.

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | 1:02cv490 | |
| *Plaintiff's Attorney* David Stewart/John Patrick Elsevier/Stephen Butler/Ernie Lee (in-house counsel) | | | *Defendaynt's Attorney* John Rebel | | | *Trial Dayte(s)* October 6-7, 2004 | |
| *Presiding Judge* Timothy S. Hogan | | | *Courtroom Deputy* Barbara Crum | | | *Court Reporter Name & Date(s)* Jennifer Coats, Ace Reporting, 10/6/04 & 10/7/04 | |
| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | *Description of Exhibits or Witnesses* | |
| P5 | | 10/6 | X | X | Murphy/Stewart | Color Brochure for the SCAD Parents Association | |
| P6 | | 10/6 | X | X | Murphy/Stewart | Color SCAD Money Matters Newsletter | |
| P7 | | 10/6 | X | X | Murphy/Stewart | Color SCAD Athletics Creating Champions Brochure | |
| P8 | | 10/6 | X | X | Murphy/Stewart | Color Brochure for Trustees theatrre - Lucas Theater for the Arts 2002-2003 Season | |
| P9 | | 10/6 | X | X | Murphy/Stewart | Color Program for Trustees Theater - Lucas Theater for the Arts 2002-2003 Season | |
| P13 | | 10/6 | X | X | Murphy/Stewart | Color Looking for SCAD Artists Mailer | |
| P14 | | 10/6 | X | X | Murphy/Stewart/Rebel | Color The Campus Newsletter | |
| P16 | | 10/6 | X | X | Murphy/Stewart | Color SCAD 2002 Athletics Schedule | |
| P17 | | 10/6 | X | X | Murphy/Stewart | Color SCAD Spring 2001 Media Guide | |
| P18 | | 10/6 | X | X | Murphy/Stewart/Rebel | Color SCAD Viewbook | |
| P19 | | 10/6 | X | X | Murphy/Stewart | SCAD Catalog | |
| P20 | | 10/6 | X | X | Murphy/Stewart/Rebel | SCAD "See Your Dreams" Poster | |
| P29 | | 10/6 | X | X | Murphy/Stewart | Composite Exhibit of National Newspaper Ads for SCAD | |
| P30 | | 10/6 | X | X | Murphy/Stewart | Composite Exhibit of Local Newspaper Ads for SCAD | |
| P32 | | 10/6 | X | X | Murphy/Stewart | Composite Exhibit of Newspaper Articles about SCAD | |
| P33 | | 10/6 | X | X | Murphy/Stewart | Composite Exhibit of Burrelle's Information Services transcripts from TV &Radio Sportscast re: SCAD | |
| P34 | | 10/6 | X | X | Murphy/Stewart | Burrelle's Information Services transcript from news article from The Star Online (Berhad, Malaysia) placed on the World Wide Web | |
| P80 | | 10/6 | X | X | Murphy/Stewart | Color SCAD Day 10/16/2004 Mailer | |
| P81 | | 10/6 | X | X | Murphy/Stewart | Color SCAD Days 2004-2005 Mailer | |
| P3 | | 10/6 | X | X | Murphy/Stewart | Photo & Description of SCAD Trustees Theater | |
| P2 | | 10/6 | X | X | Murphy/Stewart | Composite Exhibit: Photocopies of SCAD Branded Merchandise | |
| P21 | | 10/6 | X | X | Murphy/Stewart | SCAD T-Shirt (Real T-Shirt to be used at trial) | |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | 1:02cv490 |

| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| P22 | | 10/6 | X | X | Murphy/Stewart | Property of SCAD Bees Basketball T-Shirt (Real T-Shirt to be used at trial) |
| P23 | | 10/6 | X | X | Murphy/Stewart | SCAD Baseball Cap (Real hat to be used at trial) |
| P24 | | 10/6 | X | X | Murphy/Stewart | SCAD Sports Bottle (Real bottle to be used at trial) |
| P25 | | 10/6 | X | X | Murphy/Stewart | SCAD Keytag (Real keytag to be used at trial) |
| P26 | | 10/6 | X | X | Murphy/Stewart | SCAD Bandanna (Real bandanna to be used at trial) |
| P27 | | 10/6 | X | X | Murphy/Stewart | SCAD Pennant (Real pennant to be used at trial) |
| P28 | | 10/6 | X | X | Murphy/Stewart | SCAD Stickers (Real stickers to be used at trial) |
| P1 | | 10/6 | X | X | Murphy/Stewart/Rebel | Certificate of Registration for SCAD Mark, Registratio No, 2,686,644 |
| P35 | | 10/6 | X | X | Murphy/Stewart | Printout of SCAD.EDU Home Page |
| P4 | | 10/6 | X | X | Murphy/Stewart | Verisign WHOIS Search Result for SCAD.EDU domain name registration |
| P74 | | 10/6 | X | X | Murphy/Stewart/Rebel | Printout of pages of search results of search on the term "scad" in Yahoo! Search engine |
| P75 | | 10/6 | X | X | Murphy/Stewart/Rebel | Printout of pages of search results of search on the term "scad college" in Yahoo! Search engine |
| P40 | | 10/6 | X | X | Murphy/Stewart | Printout from SCAD.INFO Home Page, 1/23/2002 |
| P41 | | 10/6 | X | X | Murphy/Stewart | Printout from SCAD.INFO Home Page, 10/17/2002 |
| P42 | | 10/6 | X | X | Murphy/Stewart | Printout from SCAD.INFO Home Page, 7/21/2003 |
| J1 | | 10/6 | X | X | Murphy/Stewart | Printout of SCAD.INFO home page |
| | | 10/6 | | | Murphy/Stewart | Demonstration: Browser window of the google website: search "www.scad.info" website |
| | | 10/6 | | | Murphy/Stewart | scad.info home page/emails of the week updated 9/12/04/back to the home page of scad.info/SCAD testimonies update 9/5/04/Letters of Students link/back to home page of scad.info/Foreign Students seeking info (World Student)/Partners link/back to scad.info home page/www.livejournal.com link/General Info Link/back to home page of scad.info/yahoo/students link/back to scad.info home page |
| P44 | | 10/6 | X | X | Murphy/Stewart | Printouts from SCAD.INFO Web Site (Emails of the Week) dated 9/1/04 |
| J2 | | 10/6 | X | X | Murphy/Stewart | Printout of scad-and-us.info home page |

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | 1:02cv490 | |
| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses | |
| P43 |  | 10/6 | X | X | Murphy/Stewart/Rebel | Printout from SCAD.INFO Web Site (Letters of Students) dated 9/1/04 | |
| P46 |  | 10/6 | X | X | Murphy/Stewart | Composite Exhibit Printouts for WORLDSTUDENT.COM web site (Pages need to be rearranged to be in proper order) | |
| P79 |  | 10/6 | X | X | Murphy/Stewart | Color printout of additional pages from LIVE JOURNAL. COM web site (Defendant objects to this exhibit - admitted) | |
| J3 |  | 10/6 | X | X | Murphy/Stewart | Printout of webpage located at "www.livejournal.com/community/scad-community/30659.html" | |
| P84 |  | 10/6 | X | X | Murphy/Stewart | Printout of yahoo students link as of 10/6/04 | |
| P75 |  | 10/6 | X | X | Murphy/Stewart | Printout of pages of search results of search on the terms "scad college" in Yahoo! search engine | |
| P51 |  | 10/6 | X | X | Murphy/Stewart | E-Mail from Sarah Talrega to Nancy Taneberg, 6/27/2002 (Defendant objects to this exhibit - arguments heard - not admitted) | |
| P56 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the Rutgers University web site, located at the URL www.byu.info | |
| P57 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the Brigham Young University web site, located at the URL www.rutgers.info | |
| P58 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of J.W. McClure School of Communications systems Management at Ohio University, located at the URL www.mcclureschool.info | |
| P60 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the Michigan State University College of Law Animal Legal & Historical Center web site, located at the URL www.animallaw.info | |
| P61 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the University of Massachusetts Center for Information Technology and Dispute Resolution web site, located at the URL www.odr.info | |
| P62 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the web site of the Einstein Papers Project at the California Institute of Technology, located at the URL www.alberteinstein.info | |
| P63 |  | 10/6 | X | X | Murphy/Stewart | Printout of the home page ofthe San diego State University faculty and student news site, located at the URL www.sdsuniverse.info | |
| P64 |  | 10/6 | X | X | Murphy/Stewart | Printout of the Arizona State University basketball program web site, located at the URL www.asu.info | |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | 1:02cv490 |

| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | *Description of Exhibits or Witnesses* |
|---|---|---|---|---|---|---|
| P65 | | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the website of the Phenomenology Institute at the University of Wisconsin, located at the URL www.pheno.info |
| P66 | | 10/6 | X | X | Murphy/Stewart | Printout of the home page of Cornell College web site, located at the URL www.cornellcollege.info |
| P67 | | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the Southern Regional Forestry web site, a collective effort of a number of universities, including Auburn, LSU, Georgia, florida and Kentucky, located at the URL www.sref.info |
| P68 | | 10/6 | X | X | Murphy/Stewart | Printout of the home page of th website of Golden West College located at the URL www.gwc.info |
| P69 | | 10/6 | X | X | Murphy/Stewart | Printout of the home page of the Western International University web site, located at the URL www.wintu.info |
| P73 | | 10/6 | X | X | Murphy/Stewart | Printout of home page of the University of Colorado cancer Center, located at the URL www.uccc.info |
| P53 | | 10/6 | X | X | Murphy/Stewart/Rebel | Printout from YAHOO.COM web site |
| P54 | | 10/6 | X | X | Murphy/Stewart/Rebel | Printout from YAHOO.COM web site dated 11/25/2003 |
| | D25 | 10/6 | | | Murphy/Rebel | USPTO printout registration of mark SAVANNAH COLLEGE OF ART AND DESIGN |
| | D26 | 10/6 | | | Murphy/Rebel | USPTO printout registration of mark for logo and SAVANNAH COLLEGE OF ART AND DESIGN |
| P15 | | 10/6 | | | Murphy/Rebel | Color Savannah College of Art & Design Historic Preservation Brochure |
| | D24 | 10/6 | | | Murphy/Rebel | Summary of trademark registration application of scad |
| | | 10/6 | | | Murphy/Rebel | Demonstration: Browser window of the google website: search "www.scad.info" website; home page of SCAD.INFO/world student link/partners link/home page for SCAD.INFO/security campus.org link/SACS link/testimonies link/letters of students link/back to the home page/letters of faculty link/back to home page/Article of SCAD link/go to yahoo.com search engine/search for "scad college"/back to SCAD.INFO home page/livejournal link/about link/general information link |
| P38 | | 10/6 | X | X | Houeix/Elsevier | Verisign WHOIS Search result for SCAD.INFO domain name registration |
| P39 | | 10/6 | X | X | Houeix/Elsevier | Verisign WHOIS Search Result for SCAD-AND-US.info domain name registration |
| | | 10/6 | | | Houeix/Elsevier/Rebel | Page 193 Houeix Depo |
| P53 | | 10/6 | | | Houeix/Elsevier | Printout from YAHOO.COM web site |
| | | | | | | Plaintiff rests. |
| P40 | | 10/6 | | | Houeix/Elsevier | Printout from SCAD.INFO Home Page, 1/23/200 |

|   | D1 | 10/6 | X |   | Houeix/Rebel | CPR Institute for dispute Resolution CPR 0206 Savannah College Art & Design v. Houeix - Decision (Plaintiff objects - arguments heard - not admitted) |

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | 1:02cv490 | |
| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses | |
|  | D2 | 10/6 | X | X | Houeix/Rebel | scad.info home page, 9/1/2004 | |
|  | D3 | 10/6 | X | X | Houeix/Rebel | scad-&-us.info home page | |
|  | D4 | 10/6 | X | X | Houeix/Rebel | Link: Article about Savannah College Art & Design: Lingua Franca Sinister Design | |
|  | D5 | 10/6 | X | X | Houeix/Rebel | Link: Article about Savannah College Art & Design: Crime | |
|  | D6 | 10/6 | X | X | Houeix/Rebel | Link: Positions & decisions of educative organizations | |
|  | D7 | 10/6 | X | X | Houeix/Rebel | Link: Securitycampus.org | |
|  | D8 | 10/6 | X | X | Houeix/Rebel | Link: www.worldstudent.com/uk/mag/features/accreditation.shtml web page | |
|  | D9 | 10/6 | X | X | Houeix/Rebel | Link: http://teachers.net/mentors/higher_education/topic257/611.01.13.16.39.html forum | |
|  | D10 | 10/6 | X | X | Houeix/Rebel | Link: www.livejournal.com/community/scad-community/30659.html forum web page | |
|  | D11 | 10/6 | X | X | Houeix/Rebel | Link: groups.yahoo.com/group/scad3/message44 forum for scad students web page | |
|  | D12 | 10/6 | X | X | Houeix/Rebel | Link: Savannah College Art & Design Testimonies | |
|  | D13 | 10/6 | X | X | Houeix/Rebel | Link: Dossier/My Case | |
|  | D14 | 10/6 | X | X | Houeix/Rebel | Link: Details and Documents | |
|  | D15 | 10/6 | X | X | Houeix/Rebel | Link: Houeix's Faculty Schedule Fall 200 to summer 2001 | |
|  | D16 | 10/6 | X | X | Houeix/Rebel | Link: Houeix's Student Schedule Fall 2000 to Summer 2001 | |
|  | D17 | 10/6 | X | X | Houeix/Rebel | Link: Houeix's Grade Transcript Fall 2000 to Summer 2001 | |
|  | D18 | 10/6 | X | X | Houeix/Rebel | Link: Houeix's Grade Report Winter 2001 | |
|  | D19 | 10/6 | X | X | Houeix/Rebel | Link: Houeix's Grade Report Summer 2001 | |
|  | D20 | 10/6 | X | X | Houeix/Rebel | Grade changes | |
|  | D21 | 10/6 |  |  | Houeix/Rebel | Tray Crow's e-mails (discovery from Plaintiff) | |
|  | D22 | 10/6 | X | X | Houeix/Rebel | Summary of web searches (Plaintiff objects to this exhibit - arguments heard - defendant must authenticate all the web sites - defendant offers redacted summary page and page dealing with Princeton University and page beginning with SCAD Group Welcomes You - Plaintiff objects to 1st page and the 2nd & 3rd to last pages - exhibit admitted with the exception to page 1 and 2nd & 3rd to last pages (4th & 5th pages of exhibit) | |
|  | D24 | 10/6 |  |  | Houeix/Rebel | Summary of trademark registration application of scad | |

| Caption: Savannah College of Art & Design, Inc. V. Philippe Houeix | | | | | | Docket Number: 1:02cv490 |
|---|---|---|---|---|---|---|
| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|  | D25 | 10/6 | X | X | Houeix/Rebel | USPTO printout registration of mark SAVANNAH COLLEGE OF ART & DESIGN |
|  | D26 | 10/6 | X | X | Houeix/Rebel | USPTO printout registration of mar for logo and SAVANNAH COLLEGE OF ART & DESIGN |
|  | D28 | 10/6 |  |  | Houeix/Rebel | Web page livejournal.com/support/faq.bml |
| P35 |  | 10/6 |  |  | Houeix/Rebel | Printout of SCAD.EDU Home Page |
|  |  | 10/7 |  |  | Houeix/Elsevier | using address line a demo was performed using the following web address: scad.ac.gp; using the google search engine a demo was performed using scad.ac.gp; using address |
|  | D22 | 10/7 |  |  | Houeix/Elsevier | Summary of web searches |
|  |  | 10/7 |  |  | Houeix/Elsevier | using the address line of google a demo was performed using the following web address: www.montic.de |
| P43 |  | 10/7 |  |  | Houeix/Elsevier/Rebel/ Elsevier/Rebel | Printout from SCAD.INFO Web Site (Letters of Students) dated 9/1/04 |
| P85 |  | 10/7 | X | X | Houeix/Elsevier | Alumni Postings |
|  |  | 10/7 |  |  | Houeix/Elsevier | demo using address www.scad.info ; alumni link |
| P86 |  | 10/7 | X | X | Houeix/Elsevier | email between Houeix and Beth Concepcion |
|  |  |  |  |  |  | Defendant rests.  Plaintiff's rebuttal. |
| P87 |  | 10/7 | X | X | Murphy/Stewart | Printout of the current SCAD web site |
| P88 |  | 10/7 | X | X | Murphy/Stewart/Rebel | Printout of the current SCAD web site regarding admissions |
| P89 |  | 10/7 | X | X | Murphy/Stewart | Printout of web site for SCAD radio |
|  | D17 | 10/7 |  |  | Murphy/Rebel | Link: Houeix's Grade Transcript Fall 2000 to Summer 2001 |
|  | D31 | 10/7 | X | X | Murphy/Rebel | Poster - Palmer/Johnson competition (Plaintiff objects to this exhibit) - admitted |
|  | D32 | 10/7 |  |  | Murphy/Rebel | Printout of a web site page from the Campus Chronicle |
|  | D33 | 107 |  |  | Murphy/Rebel | Printout of a web site page |
|  |  | 10/7 |  |  | Houeix/Elsevier | Page 89 Houeix Depo |
|  |  |  |  |  |  | Plaintiff rests. |
|  |  |  |  |  |  |  |