```
 1                    C E R T I F I C A T E
 2          I, Jennifer Coats, the undersigned, a
 3   court reporter for Clermont County, Ohio, do hereby
 4   certify that at the time and place stated herein, I
 5   recorded in stenotypy and thereafter had transcribed
 6   into typewriting under my supervision the foregoing
 7   pages, and that the foregoing is a true, complete and
 8   accurate report of my said stenotype notes.
 9
10
11
12                              *Jennifer Coats* (signature)
13                              _____
                                Jennifer Coats
14
15
16
17
18
19
20
21
22
23
24
25
```

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620   Cincinnati, Ohio  45202**