IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIPPE HOUEIX, <br><br> Defendant. | CASE NO. C-1-02 490 <br><br> Magistrate Judge Hogan |

**JOINT MOTION AND MEMORANDUM IN SUPPORT TO EXTEND
DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS,
CONCLUSIONS OF LAW, AND WRITTEN CLOSING ARGUMENTS**

Plaintiff Savannah College of Art and Design, Inc. ("SCAD") and Defendant Philippe Houeix ("Houeix"), by and through their undersigned counsel of record, hereby jointly request that this Court for a one week extension on the time period for filing proposed findings of facts, conclusions of law, and written closing arguments.

**FACTUAL AND PROCEDURAL BACKGROUND**

A bench trial was held in this matter on October 6th and 7th, 2004. At the close of trial, it was agreed that the parties would submit closing arguments in written format, along with their proposed findings of fact and conclusions of law on or before October 29, 2004.

The parties have diligently worked towards meeting this deadline, but believe an additional week is necessary to complete their proposed findings of fact, conclusions of law, and written closing arguments and to ensure that these papers contain complete and accurate citations to the record adduced at trial.

- 2 -

The parties have consulted with one another in good faith regarding this motion and jointly believe that a one week extension on the deadline for filing these papers is necessary to allow them to prepare papers that are most helpful to the Court in reaching its decision.

**CONCLUSION**

For the foregoing reasons, the parties jointly, respectfully request that the Court extend the time period for filing proposed findings of facts, conclusions of law, and written closing arguments through and including November 5, 2004. A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 27th day of October 2004.

| | |
|---|---|
| /s/ Stephen J. Butler | /s/ John A. Rebel |
| Stephen J. Butler, Esq. | John A. Rebel, Esq. |
| Bar. No. 0010401 | Bar. No. 0031771 |
| Thompson Hine LLP | McKinney & Namei |
| 312 Walnut Street | 15 E. 8th St. |
| Cincinnati, Ohio 45202-4089 | Cincinnati, Ohio 45202 |
| Telephone: (513) 352-6700 | Telephone: (513) 721-0200 |
| Facsimile: (513) 241-4771 | Facsimile: (513) 632-5898 |
| | |
| David J. Stewart, Esq. | Counsel for Defendant Philippe Houeix |
| J. Patrick Elsevier, Esq. | |
| Alston & Bird, LLP | |
| 1201 West Peachtree St. | |
| Atlanta, Georgia 30309-3424 | |
| Telephone: (404) 881-7000 | |
| Facsimile: (404) 881-7777 | |
| | |
| Counsel for Plaintiff Savannah College Of Art and Design, Inc. | |

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIPPE HOUEIX, <br><br> Defendant. | CASE NO. C-1-02 490 <br><br> Magistrate Judge Hogan |

**[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW, AND WRITTEN CLOSING ARGUMENTS**

Having read and considered the parties JOINT MOTION AND MEMORANDUM IN SUPPORT TO EXTEND DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW, AND WRITTEN CLOSING ARGUMENTS ("Joint Motion"), and for good cause shown, the Joint Motion is GRANTED.  It is hereby Ordered that the deadline for filing for filing proposed findings of facts, conclusions of law, and written closing arguments is extended through and including November 5, 2004.

SO ORDERED this _____ day of _____, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Motion to Extend Deadline for Filing Proposed Findings of Facts, Conclusions of Law, and Written Closing Arguments was electronically served upon all counsel of record on this 27th day of October, 2004.

    /s/ John A. Rebel_____
John A. Rebel, Esq. (0031771)
Attorney for Defendant Philippe Houeix