## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

SAVANNAH COLLEGE OF ART
AND DESIGN, INC.,
      Plaintiff,                               Civil Action No. 1:02-cv-490

      vs.

PHILIPPE HOUEIX,
      Defendant.                               (Hogan, M.J.)

### ORDER EXTENDING DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW, AND WRITTEN CLOSING ARGUMENTS

This matter is before the Court on the JOINT MOTION AND MEMORANDUM IN SUPPORT TO EXTEND DEADLINE FOR FILING PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW, AND WRITTEN CLOSING ARGUMENTS. (Doc. 66).

For good cause shown, the motion is **GRANTED**. It is hereby Ordered that the deadline for filing for filing proposed findings of facts, conclusions of law, and written closing arguments is extended through and including November 5, 2004.

      **IT IS SO ORDERED**.

Date: 10/28/2004                                s/Timothy S. Hogan
                                                         Timothy S. Hogan
                                                         United States Magistrate Judge