**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

SAVANNAH COLLEGE OF ART
AND DESIGN, INC

    **Plaintiff,**

-vs-                                                                  Case No. C-1-02-490

PHILIPPE HOUEIX

    **Defendants.**

---

**JUDGMENT IN A CIVIL CASE**

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant Houeix. This matter is TERMINATED on the docket of this Court.

Date:  December 21, 2004                                   JAMES BONINI, CLERK

                                                                     By:s/   Paul Hennessey
                                                                       Paul Hennessey, Deputy Clerk