UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., | : : | |
| Plaintiff, | : : | **CASE No.    C-1-02-490** |
| vs. | : : | Judge Beckwith |
| PHILIPPE HOUEIX, | : : | Magistrate Hogan |
| Defendant. | : : : | **AFFIDAVIT OF ATTORNEY IN SUPPORT OF AWARD OF FEE** |

**STATE OF OHIO    ] COUNTY OF HAMILTON] ss:**

Being duly cautioned that the penalties for perjury could apply and being sworn, the undersigned, John A. Rebel, states the following to be true to his personal knowledge.

1. The undersigned represented Defendant in the above captioned matter.

2. Attached is an itemization of the time spent in representing Defendant. The itemization excluded time spent on Defendant's unsuccessful contract counter claim. It includes services performed on defense of the Lanham Act claims only.

3. The reasonable hourly rate for such services is $ 165.00 per hour. The undersigned had no prior experience with trademark law or claims involving domain names.

4. The total time spent on the Lanham Act claims is 453.5 hours The reasonable attorney fee is $ 74,827.

5. Substantial amounts of time were invested in legal drafting and research.

6. Approximately 110 hours of time were spent solely on the infringement About 20 hours of time was spent solely on the unfair competition claim. About 50 hours was

1

spent solely on freedom of speech issues such as the definition of commercial speech and advertisement. About 110 hours was spent on dilution alone. About 60 hours was spent on the cyberpiracy claim. About 70 hours were spent on trial preparation and trial, with about 25 hours on discovery.

Attached copies are all true and accurate copies.

_John A. Rebel_

The foregoing affidavit was sworn to and signed before me by John A. Rebel, who is personally known to me, the undersigned notary, on this 4th day of January 2005.

LINDA SUSAN BOLIN, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03

Notary

**Itemization of time spent by John A. Rebel on SCAD v. Houeix**

| Date | Item | Time (Hr) |
|---|---|---|
| 11/23/2002 | Conference with P. Houeix, of facts of his employment | 1.5 |
| | Summary Judgement/Complaint, Client'S Answer | |
| | Review these pleadings | 1.75 |
| 11/26/2002 | Research 15 USC 1125, and case notes begin Amend. Answer and Counter Claim | 3.0 |
| 11/27/2002 | Draft Answer and Counter Claim, review content | 2.0 |
| 11/29/2002 | call, draft Answer & Counter Claim, call Atty. Butler | 2.5 |
| | Prepare Notice of Appearance, Motion to Continue | |
| 12/2/2002 | Computer research go thru scad.info web site | 1.5 |
| 12/2/2002 | Drafting, call, Motion for Leave to Amend | 2.0 |
| 12/3/2002 | Prepare Houeix' Affidavit contra SJM | 1.0 |
| 12/5/2002 | Revise Affidavit, Drafting, research file review | |
| | ICANN administrative decision, prepare Notification of | |
| | Representation, general reading in McCarthy Trademark | 6.0 |
| 12/6/2002 | Conference with client review and discuss affidavit, | 1.25 |
| | file Motion Continuing SJM, and Notification drafting, | .5 |
| | review Houeix's notebook with letters and replys from | |
| | accreditation groups, e-mails & letters from school. | 7.0 |
| | revise Motion for Leave | |
| 12/9/2002 | Revise Affidavit, Answer & Counter Claim | 1.5 |
| 12/9/2002 | Drafting Ans. & Cc.; Review McCarthy and trademarks | 3.5 |
| 12/12/2002 | Email, Affidavit, file Motion for Leave to Amend with Amd. Ans. & CC | 1.0 |
| | *Delete 3.0 hr for Counter claim* | *(3.0)* |
| 12/17/2002 | read, Plaintiff's Summary Judgement Motion, out line | 1.5 |
| 12/18/2002 | internet search "SCAD" and print out of a few web home pages | 1.25 |
| 12/18/2002 | Case research, trademark records for scad, | 1.5 |
| | Obtain a few Secretary of State filings for scad Drafting | 1.5 |
| 12/19/2002 | Legal Research: *Northland Ins., Bihari* McCarthy | 3.0 |
| 12/20/2002 | Computer research, drafting | 4.75 |
| 12/21/2002 | Drafting, research Summary Judgement Motion | 2.0 |
| 12/23/2002 | Research, Drafting | 3.0 |
| 12/30/2002 | Search Engine research on scad, .infor, .edu number of schools at .edu, for affidavit | 2.0 |
| 1/3/2003 | Draft and Research *P.E.T.AA., Johnson, Jew for Jesus,* Mother *Waddles,* | 4.0 |
| 1/4/2003 | Research *Planned Parenthood, Savin Corp, Checkpoint*and Draft | 5.0 |
| 1/5/2003 | Research *Therma Scan* and Draft Response to SJM | 7.0 |

| **Date** | **Item** | **Time (Hr)** |
|---|---|---|
| 1/6/2003 | Research and Draft on SJM | 9.0 |
| 1/7/2003 | Research and Draft on SJM | 6.0 |
| 1/8/2003 | Research and Draft on SJM | 7.0 |
| 1/8/2003 | Work at office on SJM response | 2.5 |
| 1/9/2003 | Work at home on SJM response | 9.0 |
| 1/9/2003 | Work at office on SJM | 5.0 |
| 1/10/2003 | Conference, research and draft on SJM | 8.0 |
| 1/11/2003 | Draft on SJM and Research, revise | 5.0 |
| 1/12/2003 | Draft on SJM and Research | 12.0 |
| 1/13/2003 | Draft on SJM/assemble file, proof read | 4.0 |
| 1/14/2003 | Daft and assemble file, proofread | 9.5 |
| 1/15/2003 | Motion to file late, Proofread and revise | 2.0 |
| 1/16/2003 | file Response to Mot for SJM | .25 |

*3/18/2003 to 3/21 15.5 hrs. excluded on Motion to Amend, contract counter claim*

| | | |
|---|---|---|
| 3/27/2003 | Discovery request | .75 |
| 4/22/2003 | calls, email, revise report | 1.5 |
| 4/23/2003 | calls | .25 |
| 4/24/2003 | prepare preliminary pre-trial | 2.0 |
| 5/01/2003 | Conference | 1.75 |
| 5/05/2003 | Conference call and redo pleading | .75 |

*5/6/03/ - 9/22   5.0 hrs for Motion to Dismiss CC*

| | | |
|---|---|---|
| 11/17/2003 | Discovery SCAD | 1.5 |
| 1/9/2004 | Review for Discovery | 4.0 |
| 1/13 - 1/14 | Work on Discovery | 4.75 |
| 1/17/2004 | Calls, revise discovery | 5.0 |
| 1/28/2004 | Conference, prepare and review for deposition | 2.0 |
| 1/29/2004 | Deposition, P. Houeix | 8.0 |
| | *Delete 3.0 hr for Counter claim discovery dealing with contract damages* | *(3.0)* |
| 2/10/2004 | conference and receipt, documents from SCAD | .75 |
| 2/11/2004 | Prepare letter and documents for the email | 1.75 |
| 2/28/2004 | Conference and letter | 3.0 |
| 4/3/2004 | Calls and Conference | 1.0 |
| 4/5/2004 | calls | 1.0 |
| 4/13/2004 | Conference on settlement | 1.5 |

*4/18 - 4/21 Time deleted for summary judgment on counterclaim   21 hrs*
*also from above settlement conferences delete 1.0 hr*                                                (1.0)

| Date | Item | Time (Hr) |
|---|---|---|
| 7/22/2004 | calls with other attorney on settlement | 1.0 |
| 7/24/2004 | Meeting with P. Houiex and info for settlement | 1.75 |
| 7/26/2004 | calls with Houiex | .75 |
| 8/21/2004 | research cyberspiracy and case _____ | .75 |
| 8/26/2004 | pre-trial matter, file review, instruction | 2.0 |
| 8/26/2004 | calls, emails with Houiex | 1.25 |
| 8/31/2004 | Pre-trial statement review plaintiff's, uncontested fact | 2.0 |
| 9/1/2004 | Pretrial statement, revise facts | 3.0 |
| 9/1/2004 | Research, outline Summary Judgement Order Motion order for, file, revise and draft defendant's case statement for pretrial statement, revise controverted facts and law | 7.0 |
| 9/3/2004 | Pretrial, calls | .75 |
| 9/3/2004 | Pretrial statement preparation | 2.75 |
| 9/7/2004 | calls | .5 |
| 9/8/2004 | review pretrial statement and email | .75 |
| 9/9/2004 | Review exhibits, mail exhibits and pretrial, letter | .75 |
| 9/10/2004 | Email to Houiex on case and settlement | 1.0 |
| 9/10/2004 | list of exhibits | 1.0 |
| 9/13/2004 | Proof and revise pre-trial statement, email | 1.75 |
| 9/17/2004 | Read motions and draft begin response to In limine on Fraudulent process documents | 1.0 |
| 9/18/2004 | Respnd In Limine Mot. research Rule 401 and 404, read cases on relevancy | 2.5 |
| 9/20/04 | Finish In Limine Respond. Reaearch on cyberpiracy intent | 7.0 |
| 9/21/200 | Respond In lImine Mot. On 3rd use, Research 3rd party users dilution and confusion revise email, Pre-trial | 4.5 |
| 9/21/2004 | At home Research on numerous 3rd party users, for confusion and dilution | 1.5 |
| 9/22/2004 | Research on numerous 3rd party users, for confusion and dilution, drafting Respons. To In Limine on 3rd party users | 5.0 |
| 9/22/04 | At home research case law , draft | 1.5 |
| 9/23/04 | Finish response change to footnote form, ECF of responses, research | 5.5 |
| 9/23/04 | Call on pretrial stmt., download, read, check for changes, calls revise pretrial statement and e-mail | 3.0 |
| 9/24/04 | Changes in pretrial statement review, revise, call, ECF, hand deliver copies to court | 2.0 |
| 9/25/04 | File review, separate copies of caselaw on cyberpiracy dilution and confusion, review Ptlf's exhibit. List questions. Meet with client | 6.0 |
| 9/26/04 | Case review with client, review exhibits, deposition, review trial procedure | 4.0 |
| 9/27/04 | read *Moseley, Parsons,* 1115(b)(4) case notes fair use, read 1117 Dilution in commerce definition | 3.0 |
| 9/28/04 | Cinti. Library computer, obtain trademarks registered to xchool | .5 |
| 9/28/04 | Pretrial | |

| Date | Item | Time (Hr) |
|---|---|---|
| 9/29/04 | Read numerous cases opeining statement, conclusions of fact e-mail changes | 8.0 |
| 9/30/04 | research on protected commercial speech | 4.5 |
| 10/1/04 | Trial brief, fax the amended Pre-Trial Stmt, research *Hudson, Bolger* | 6.5 |
| 10/02/04 | Trial Brief research cases | 6.25 |
| 10/03/04 | Trial brief, obtain book tabs | 6.5 |
| 10/04/04 | e-mails, revise Trial Brief, (3.0) research assemble Exhibit books (1.5) File revised pretrial statement | 10.0 |
| 10/05/04 | Amend Pre-trial file review assemble Exhibits, conference | 11.0 |
| 10/06/04 | Trial preparation and trial | 12.5 |
| 10/07/04 | Trial preparation and trial conference with Houeix | 10. |
| 10/08/04 | Conference on settlement with Houeix, e-mails | 2. |
| 10/07/04 | Obtain McCarthy on Trademarks | .5 |
| 10/07/04 | reasearch cites in McCarthy | .75 |
| 10/11/04 | call with Houeix on settlement | .75 |
| 10/12/04 | e-mail settlement offer | .25 |
| 10/07/04 | Respond to evidence motion on Exhb. 51 | .5 |
| 10/19/04 | draft Closing and legal research | 8.0 |
| 10/19/04 | Draft Closing and legal research | 5.5 |
| 10/19/04 | Conclusions of law research niche market cases | 4.75 |
| 10/20/04 | Draft Closing and legal research | 1.0 |
| 10/20/04 | Draft Closing conclusions of law and legal research niche fame | 8. |
| 10/20/04 | Draft Closing conclusions of law and legal research @ home | 3.0 |
| 10/21/04 | Finish conclusions of law, define 1st Amend commercial speech, reread Taubman | 2.75 |
| 10/21/04 | Findings of fact, begin | 1.0 |
| 10/22/04 | Read and out line transcripts | 8.0 |
| 10/23/04 | Read and out line transcripts | 4.5 |
| 10/22/04 | Read and out line transcripts | 8.0 |
| 10/25/04 | finish transcripts and notes | 8.75 |
| 10/26/04 | Draft findings of facts | 3.5 |
| 10/27/04 | Draft findings of facts | 2.75 |
| 10/28/04 | Draft findings of facts | 8. |
| 10/29/04 | Draft Closing & findings of facts | 8. |
| 11/02/04 | Draft Closing findings of facts | 4. |
| 11/03/04 | Draft Closing argument , legal research | 8.75 |
| 11/04/04 | Draft Closing argument , revisions | 5. |
| 1105/04 | Draft Closing argument , check cites, proof read, revise | 12. |

**Total time    453.5 hrs.**