IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAVANNAH COLLEGE OF ART AND DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILIPPE HOUEIX, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. C-1-02 490 |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Fed. R. App. P. 3 and 4(a)(a)(A), that Plaintiff Savannah College Of Art And Design, Inc. hereby appeals to the United Stated Court of Appeals for the Sixth Circuit from the Order of this Court issued on December 20, 2004 and entered on December 21, 2004 entering judgment in favor of Defendant Philippe Houeix.

Respectfully submitted this 14th day of January 2005 by:

_____
Stephen J. Butler, Esq. (0010401)
Theodore D. Lienesch, Esq. (0016542)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089
Telephone: (513) 352-6700
Facsimile: (513) 241-4771

David J. Stewart, Esq.
J. Patrick Elsevier, Esq.
Alston & Bird, LLP
1201 West Peachtree St.
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Counsel for Plaintiff Savannah College Of Art and Design, Inc.

ATL01/11825334v1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon John A. Rebel, McKinney & Namei, 15 East Eighth Street, Cincinnati, Ohio 45202, by ordinary U.S. mail, postage prepaid, this 14th day of January, 2005.

_____