Fri Jan 14 16:45:07 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No. 190 425396
Cashier      mc1

Check Number: 058093

DJ Code    Div No
 4661       1

Sub Acct Type Tender      Amount
1:086900  N    2        105.00
2:510000  N    2        150.00

Total Amount      $    255.00

THOMPSON HINE

NOTICE OF APPEAL 1:02CV490

Fri Jan 14 16:45:07 2005

Check No.  058093
Amount$  255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661