No. 05-3124
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SAVANNAH COLLEGE OF ART AND DESIGN, INC.

    Plaintiff - Appellant

v.

PHILIPPE HOUEIX

    Defendant - Appellee

**FILED**
AUG 1 0 2005
LEONARD GREEN, Clerk

ORDER

In accordance with the agreement reached in settlement discussions conducted pursuant to Rule 33, Rules of the Sixth Circuit, the parties jointly move for a remand of this cause to the United States District Court for the Southern District of Ohio, for determination of the parties' motion filed pursuant to Rule 60(b), Federal Rules of Civil Procedure.

Upon consideration of the motion and further considering Judge Hogan's order of August 2, 2005,

**IT IS ORDERED** that the motion be and hereby is granted. The appeal is remanded to the District Court for further proceedings. See First National Bank of Salem, Ohio v. Hirsch, 535 F.2d at 343 (6th Cir. 1976).

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green /NB*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Nancy Barnes*
    Deputy Clerk