UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SAVANNAH COLLEGE OF ART
AND DESIGN, INC.,
       Plaintiff,                                Civil Action No. 1:02-cv-490

vs.

PHILIPPE HOUEIX,                      **ORDER**
       Defendant.                              (Hogan, M.J.)

      This matter is before the Court on the parties' joint motion under Rule 60(b). (Doc. 81). The parties jointly seek relief from this Court's Order and Judgment of December 21, 2004. (Docs. 72, 73). The parties have reached an agreement to settle this matter and one term of the agreement is that the parties jointly request the Court to vacate the final Judgment and Order entered in this lawsuit. Considering the parties desire to settle, their joint motion under Rule 60(b), and the entire record, the Court hereby **GRANTS** the joint motion and **VACATES** the Order and Judgment of December 21, 2005.

      **IT IS SO ORDERED.**

Date: 8/10/05

Timothy S. Hogan
United States Magistrate Judge